UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH MENDOZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HYUNDAI MOTOR COMPANY, LTD, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-01685-BLF<br>Related Case No. 5:15-cv-02071-BLF<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of the parties' stipulations concerning a coordinated briefing schedule in these related cases.  The parties in related cases *Mendoza v. Hyundai Motor Co., Ltd., et al.*, Case No. 15-cv-01685-BLF, and *Graham v. Hyundai Motor America, Inc.*, Case No. 15-cv-02071-BLF, are hereby ordered to appear at a case management conference on **June 18, 2015 at 1:30 p.m.** in Courtroom 3, 5th Floor, San Jose to address (1) why these related cases should not be consolidated and (2) the parties' proposed briefing schedule on Defendants' motions in response to the complaints in each action.

All parties are authorized to appear by CourtCall.  Any party unable to make the conference should contact Courtroom Deputy Tiffany Salinas-Harwell at 408-535-5381 or blfcrd@cand.uscourts.gov as soon as possible.

This conference is not the Rule 16 Initial Case Management Conference and shall not trigger any deadlines set forth in the Federal Rules of Civil Procedure or the Civil Local Rules.

**IT IS SO ORDERED.**

Dated: June 15, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge