UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH MENDOZA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR COMPANY, LTD, HYUNDAI MOTOR AMERICA, INC., and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. 5:15-cv-01685-BLF<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FROM JUNE 18, 2015, TO JUNE 25, 2015<br><br>L.R. 7-12<br><br>Hon. Beth Labson Freeman<br><br>**Complaint Filed:** April 14, 2015 |
| BETH GRAHAM, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, INC.<br><br>Defendant. | CASE NO. 5:15-cv-02071-BLF<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FROM JUNE 18, 2015, TO JUNE 25, 2015<br><br>L.R. 7-12<br><br>Hon. Beth Labson Freeman<br><br>**Complaint Filed:** May __, 2015 |

1   This matter comes before the Court on the stipulation of plaintiff Elizabeth
2   Mendoza and defendant Hyundai Motor America ("HMA") in *Mendoza v. Hyundai*
3   *Motor Company, Ltd. et al.*, No. 5:15-cv-1685-BLF (N.D. Cal.), and plaintiff Beth
4   Graham and defendant Hyundai Motor America in *Graham v. Hyundai Motor*
5   *America, Inc.*, No. 5:15-cv-2071-BLF (N.D. Cal.), to continue the case management
6   conference schedule for June 18, 2015, at 1:30 p.m. by one week to June 25, 2015,
7   at 1:30 p.m. and to continue the deadline for HMA's response to the complaints by
8   one week to June 29, 2015. Upon consideration of the stipulation and for good
9   cause shown, the Court hereby GRANTS the stipulation.

10   IT IS SO ORDERED that the case management conference to address
11   (1) why *Mendoza* and *Graham* should not be consolidated and (2) the parties'
12   proposed briefing schedule on defendants' motions in response to the complaints in
13   each action, that was scheduled for June 18, 2015, at 1:30 p.m. is continued by one
14   week to **June 25, 2015, at 1:30 p.m.**

15   IT IS FURTHER ORDERED that the deadline for HMA to respond to the
16   *Mendoza* Complaint and the *Graham* Complaint is continued to June 29, 2015.

20   DATED: _____

23   _____
    HON. BETH LABSON FREEMAN
24   UNITED STATES DISTRICT JUDGE

-1-

Case No. 5:15-cv-01685-BLF
Case No. 5:15-cv-02071-BLF
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE FROM JUNE 18. 2015. TO JUNE 25. 2015