UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH MENDOZA,<br><br>            Plaintiff,<br><br>    v.<br><br>HYUNDAI MOTOR COMPANY, LTD, et al.,<br><br>            Defendants. | Case No.  15-cv-01685-BLF |
| BETH GRAHAM,<br><br>            Plaintiff,<br><br>    v.<br><br>HYUNDAI MOTOR AMERICA, INC.,<br><br>            Defendant. | Case No.  15-cv-02071-BLF<br><br>**ORDER VACATING SPECIALLY SET CASE MANAGEMENT CONFERENCE AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

The specially set non-Rule 16 Case Management Conference scheduled for June 24, 2015 is VACATED.

The Initial Case Management Conferences set for July 23, 2015 in the *Mendoza* action and on August 5, 2015 in the *Graham* action are CONTINUED to October 15, 2015 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: June 24, 2015

_____
BETH LABSON FREEMAN
United States District Judge