Eric H. Gibbs (SBN 178658)
David Stein (SBN 257465)
Steve Lopez (SBN 300540)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
ds@classlawgroup.com
sal@classlawgroup.com

Joseph G. Sauder (*pro hac vice*)
Matthew D. Schelkopf (*pro hac vice*)
**MCCUNEWRIGHT LLP**
1055 Westlakes Drive, Suite 300
Berwyn, Pennsylvania 19312
Telephone: (610) 200-0581
jgs@mccunewright.com
mds@mccunewright.com

*Co-Lead Interim Class Counsel*

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE : HYUNDAI SONATA ENGINE LITIGATION | Case No. 5:15-cv-1685-BLF <br><br> Hon. Beth Labson Freeman <br><br> **NOTICE OF FILING** |

Please take notice that Plaintiffs hereby file the following items:

- **Exhibit A** - a corrected version of the objections submitted as Exhibit A to the Reply Declaration of Steve Lopez in Support of Motion for Final Approval of Class Settlement, previously filed at Docket No. 76-2. This version contains corrected redactions.
- **Exhibit B** - an objection submitted by Ronald Prigge. This objection was sent in a manner that did not comply with the requirements of the Court-approved class notice and was inadvertently omitted from Plaintiffs' prior submission. The concerns raised in Mr. Prigge's objection are discussed at pages 6-7, n. 7 of Plaintiffs' Reply in Support of Motion for Final Approval and Fee Application, Docket No. 76.
- **Exhibit C** – the final version of the pamphlet intended to be kept with the owner's manual for Class Vehicles, which will be distributed to class members after the settlement's Effective Date.
- **Exhibit D** – a revised [Proposed] Final Order and Judgment which contains the parties' joint list of those who excluded themselves from the class.

DATED: December 13, 2016,  Respectfully submitted,

By: /s/ *Eric H. Gibbs*

Eric H. Gibbs
David Stein
Steve Lopez
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

Matthew D. Schelkopf
Joseph G. Sauder
**MCCUNEWRIGHT LLP**
1055 Westlakes Drive, Suite 300
Berwyn, Pennsylvania 19312
Telephone: (610) 200-0581

*Co-Lead Interim Class Counsel*