# EXHIBIT A

November 2, 2016

Gibbs Law Group LLP
505 14th Street, Suite 1110
Oakland CA 94612

Att: Eric Gibbs, Esq.

Re: Hyundai Sonata Engine Litigation, No. 5:15-cv-1685 – BLF

Pursuant the federal court notice in the action before the U.S.D.C for the Northern District of California, please be advised as follows:

Ms. Yonda Ashley

███████████████

2013 Hyundai Sonata
VIN # ████████████████

I am objecting to the proposed settlement in part.

The proposed settlement includes an extension of the Powertrain Warranty to 120,000 miles or 10 years.

I paid an extra $2,500.00 for the Powertrain Warranty of 120,000 miles or 10 years when I purchased the vehicle.

For this settlement to be fundamentally fair I, and others like me in the class (however I only speak for myself), should be reimbursed in full amount of $2,500 for what is now being offered to me free, as apart of the proposed settlement.

I am requesting the proposed settlement be changed to include a provision that I be reimbursed in full for money paid for the extended service warranty, now being offered free as part of the proposed settlement.

Enclosed please find my copy of contract for the extended warranty.

Neither I, nor an attorney on my behalf, has filed objections to any class action proposed settlement submitted in any court in the United States in the previous 5 years.

Residing in NY, I will not be attending an approval hearing in person, nor will counsel appear on my behalf.

Very truly yours,

Yonda Ashley

Certified RRR 7014 0150 0001 3971 3112

# WARRANTY SOLUTIONS

## VEHICLE SERVICE CONTRACT APPLICATION
Insured by: Heritage Indemnity Company
P.O. Box 140057 Denver, CO 80214-0057

SCHEDULE — MISSING INFORMATION WILL DELAY PROCESSING OF THIS APPLICATION

YOUR APPLICATION/CONTRACT NUMBER ▮

PURCHASER OR LESSEE (**YOU** AND **YOUR**) LAST NAME, FIRST NAME, MI

ASHLEY    YONDA

YOUR TELEPHONE NUMBER ▮

ADDRESS    CITY    ST    ZIP ▮

### VEHICLE AND CONTRACT INFORMATION

| VEHICLE YR | MAKE | MODEL | PURCHASE PRICE | VEHICLE IDENTIFICATION NUMBER (VIN) |
|---|---|---|---|---|
| 2013 | HYUNDAI | SONATA | ▮ | |

| EFFECTIVE DATE (ORIGINAL INSERVICE DATE) | ODOMETER READING | TERM MONTHS* | | TERM MILES* |
|---|---|---|---|---|
| 04/01/2013 | 6199 | 120 | **OR** *WHICHEVER COMES FIRST | 100000 |

| ADMINISTRATOR | ROADSIDE SERVICE | DEALER NUMBER | CONTRACT PRICE |
|---|---|---|---|
| WARRANTY SOLUTIONS MANAGEMENT CORPORATION P.O. BOX 140057 DENVER, CO 80214-0057 | 866-434-4357 | | 2500.00 |

| LIENHOLDER | ADDRESS | CITY | ST | ZIP |
|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | PO BOX 901098 | FORT WORTH | TX | 76101-20 |

| ISSUING DEALER NAME | ADDRESS | CITY | ST | ZIP |
|---|---|---|---|---|
| JS HYUNDAI AUTOMOTIVE LLC DBA MID-ISLAND HYUNDAI | 1815 MIDDLE COUNTRY ROAD | CENTEREACH | NY | 11720 |

### COVERAGE INFORMATION

# 4 STAR PLUS WRAP FOR CERTIFIED PREOWNED VEHICLES

**Coverage Options**
Must be checked at time of purchase or no coverage will be afforded.

☐ ECOMIND℠

**Deductibles**
The Standard Deductible is $100.
All Deductibles are "per repair visit."

☐ $50
☐ $200
☒ DISAPPEARING $100

**Check if Vehicle Has**
Please check all that apply.

☐ DIESEL
☐ AWD/4WD
☐ SUPER/TURBO
☐ V10 ENGINE
☐ SNOWPLOW

**PURCHASE OF THIS CONTRACT IS NOT REQUIRED TO LEASE, PURCHASE, OR OBTAIN FINANCING FOR A MOTOR VEHICLE.**

THIS CONTRACT IS BETWEEN WS AFTERMARKET SERVICES CORPORATION, 7125 W. JEFFERSON AVE., SUITE 200, LAKEWOOD, CO 80235, 800-322-3933 (HEREIN REFERRED TO AS **WE**, **US**, AND **OUR**), AND **YOU** AND PROVIDES COVERAGE FOR THE TERM STATED. FOR CLAIMS CALL 800-322-3933.

I, THE UNDERSIGNED, HEREBY APPLY FOR A VEHICLE SERVICE CONTRACT (CONTRACT) COVERING THE VEHICLE DESCRIBED ABOVE. MY SIGNATURE MEANS THAT I HAVE REVIEWED AND UNDERSTAND THE TIME AND MILEAGE LIMITATIONS, COVERAGE, AND EXCLUSIONS, AND THAT THE REPAIR OF NON-COVERED COMPONENTS IS EXCLUDED FROM COVERAGE. I HAVE REVIEWED ALL THE COVERAGE AND OPTIONS AVAILABLE. ALL OF THE OPTIONS I WISH TO PURCHASE ARE CLEARLY MARKED ABOVE. I HAVE READ AND UNDERSTAND THE REQUIRED MAINTENANCE SECTION OF THE CONTRACT. I HEREBY DECLARE THAT I HAVE RECEIVED THE CONTRACT AND THE ABOVE INFORMATION IS CORRECT.

Your S▮    Dealer Representative    Date 11/11/2014    Tracking Code ▮▮▮▮-▮▮▮

**Date of Objection**: September 8, 2016                    Richard Bartha

[REDACTED]

Re: Hyundai Sonata Engine Litigation
   No. 5:15-cv-1685-BLF

To Whom It May Concern:

     Regarding my **2014 Hyndai Sonata, VIN#** [REDACTED], since the day that I purchased this vehicle when the engine is idling **it sounds like a diesel truck.** This is clearly a defect in the engine. I do not feel safe or secure driving this vehicle and I believe that Hyundai should be held to task for releasing this vehicle from their factory with this defective engine. Were they deaf when heard the engine running as it was driven out of the factory??

     As far as factual and legal grounds for my objection I offer Hyndai's own statements in the warrantee extension offer that this engine is subject to catastrophic failure at any time. **I am, therefore, demanding that the engine be replaced immediately by Hyundai**. They are responsible for this defect. My wife and I are senior citizens. What happens if this vehicle fails on a highway as it is being driven?

     This defect is also an impediment if I decide to sell this vehicle in the future. Who would buy it especially when there is mileage on it that would/could bring the vehicle closer to eventual failure of the engine?

     As I stated above:

     1. Hyundai was aware of the defect before the vehicle left the factory in my opinion and should have never let the vehicle be shipped for sale.

     2. I believe that the defect is potentially dangerous for the operator of the vehicle should the engine fail while the vehicle is being driven.

     3. Hyundai, as the manufacturer should be held responsible for replacing the engine free of cost to the owner.

     4. Nothing less than refund or replacement would be made or acceptable in any other instance when an item is deemed defective as a result of poor craftsmanship by the factory. Why is Hyundai being given a pass?

     5**. In the future who will be held responsible for injuries sustained as a result of operating this vehicle should the engine fail?**

     These are my reasons for objecting to the current offer being made as a solution to Hyndai's poor engineering and craftsmanship in regard to the engine in this vehicle.

     **I will accept nothing less than a replacement of the engine.**
I will not be able to appear at a court hearing and will rely on the decision of the judge to reach a fair settlement in my behalf in regard to this matter.

                           Sincerely yours,

                           Richard Bartha

11/3/16

Katherine Boutin



Shon Morgan
Quinn, Emanuel, Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA  90017

Eric Gibbs
Gibbs Law Group, LLP
505 14th Street, Suite 1110
Oakland, CA  94612

RE:  Objection to Hyundai Sonata class action settlement-
In re:  Hyundai Sonata Engine Litigation, No. 5:15-cv-1685-BLF

Your Honor, et. al.:

I am writing to object to a term in the settlement agreement that limits the filing of a claim in the settlement "FOR THOSE REQUESTING REIMBURSEMENT FOR A CLASS VEHICLE SOLD OR TRADED IN AFTER THE VEHICLE WAS DIAGNOSED AS REQUIRING AN ENGINE BLOCK REPAIR, BUT BEFORE THE REPAIR WAS PERFORMED":

> For those who experienced an engine seizure, engine stall, engine noise or illumination of the oil lamp that was diagnosed as requiring a repair of the engine AND who sold their vehicle BEFORE the repair was performed, **there is a limitation on being able to file the claim- if you have a 2011 model, the sale must have occurred before 11/9/15.**

I am objecting to this date limitation of filing a claim.  It appears that this date limitation is based on the fact that Hyundai notified all of its customers by that date that there was a recall on the Hyundai Sonata Sub-Assembly.  However, in these notices, Hyundai was very clear that: they did not have a remedy to fix the car, but to call them if you were CURRENTLY HAVING ISSUES.  These Hyundai notices did not offer an immediate remedy, and led customers to believe that they told customers only to call if they were having issues.

In my specific circumstances, based upon Hyundai's representations in this letter to me, dated 11/5/15, since I was not having any current issues, I did not try to schedule an appointment immediately upon receipt of the notice, (based upon my prior experience with Hyundai recall notices, Hyundai will not schedule repairs until a fix is ready).

However, since this did involve an engine issue, of which I was concerned, I did reach out to Hyundai a few weeks after the notice was received and was told there was no fix yet. I then called Hyundai again on 4/12/16, since I had not heard any more from Hyundai, and I was concerned about the engine issue given that it could be a safety issue. When I called on 4/12/16, I was told by Hyundai that they did not have a fix for the engine issue, and that they would not make an appointment at that time to fix the engine sub assembly issue, and maybe there would be a fix in Mid-May, 2016. They also indicated that they would get in touch with me once a fix was in place to schedule an appointment. I did not hear from them, and on 7/8/16, my car's engine died.

So, I would argue that any recall notice sent to its customers about this issue was ineffectual at stopping any sort of informal statute of limitations on filing a claim in this settlement. I would also argue that myself, with I am sure many other customers, detrimentally relied on this notice and the statements made by Hyundai that a fix was not available, and that they would contact us one one was in order to fix the car and prevent engine failure-leading customers to do nothing, thus Hyundai being able to avoid incurring further expenses.

I am thus requesting that the court remove the 11/5/15 date (arbitrary and capricious based upon Hyundai's inaction and statements made in its recall notices on the phone when attempting to make appointments).

Further information required to object to this settlement:

- *I have not made any objections to any class action settlements in any court in the US in the past five years.*

- My Car was a Hyundai Sonata 2011, VIN █████████

- I do not intend to appear at the court's fairness hearing/final approval hearing.


Attachments: 2 Hyundai recall notices


Sincerely,

Katherine Boutin



**SONATA SUB-ASSEMBLY**
RECALL CAMPAIGN

# Your Vehicle is Affected.

Your vehicle is affected by the Sonata engine recall campaign. The remedy is not yet available. If you are currently experiencing condition(s) similar to the ones listed below, please visit a Hyundai dealer as soon as possible. To schedule a service appointment, input your ZIP code below and a list of the closest dealers will appear.

During the manufacturing of the engine, metal debris may have been generated during factory machining operations. If the debris was not removed from the crankshaft's oil passages, it could contaminate the connecting rod oiling passages, restricting oil flow to the connecting rod bearings and increasing the potential of premature bearing wear. A worn connecting rod bearing may result in one or more of the following:

1. A metallic, cyclic knocking noise from the engine which increases in frequency as the engine rpm increases.
2. Illumination of the Check Engine Light in the instrument cluster.

If the vehicle continues to be driven with a worn connecting rod bearing, the bearing can fail, and the vehicle could stall.

# Reimbursement Program

Hyundai has a Reimbursement Program if you previously had the engine sub-assembly (or "short block") repaired, or replaced, at your expense. Click here to submit your reimbursement request electronically. Be prepared to provide specific details including copies of required documents (repair order, proof of payment, proof of ownership, etc.). Please keep in mind, your recall campaign must still be completed by the dealer.

# What will Hyundai do?

Hyundai dealers will inspect, and if necessary, replace the engine sub-assembly (or "short block"). This will be performed at no cost to owners. Additionally, Hyundai will increase the warranty for the engine sub- assembly to 120,000 miles for both original and subsequent owners of 2011 and 2012 Sonatas manufactured at Hyundai Motor Manufacturing Alabama equipped with 2.0 liter and 2.4 liter Gasoline Direct injection engines.

## Schedule an Appointment



Hyundai is a registered trademark of Hyundai Motor Company. All rights reserved. © 2015 Hyundai Motor America

Privacy Policy      Legal Notice



Hyundai Motor America
10550 Talbert Avenue
P.O. Box 20850
Fountain Valley, CA 92728-9937

# IMPORTANT SAFETY RECALL

This notice applies to your vehicle, VIN: ████████████

Dear Hyundai Sonata Owner:

This notice is sent to you in accordance with the National Traffic and Motor Vehicle Safety Act. Hyundai has decided that a defect which relates to motor vehicle safety exists in certain model year 2011 through 2012 Hyundai Sonata vehicles equipped with 2.4 liter and turbocharged 2.0 liter gasoline direct injection engines.

## What is the problem?

- An investigation by Hyundai has determined that excess metal debris may have been generated from factory machining operations as part of the manufacturing of the engine crankshaft. This debris can be forced into the connecting rod oiling passages, restricting oil flow to the bearings and increasing the potential of premature bearing wear. A worn connecting rod bearing will produce a metallic, cyclic knocking noise from the engine which increases in frequency as the engine RPM increases. If the vehicle continues to be driven with a worn connecting rod bearing, the bearing can fail, and the vehicle could stall while in motion, increasing the risk of a crash.

## What will Hyundai do?

- Your Hyundai dealer will inspect your vehicle for indications of a worn connecting rod bearing and if necessary, repair your vehicle. This procedure will be performed at no charge to you. The actual time required to perform the inspection procedure will take approximately one hour, however your vehicle may be needed longer depending on the dealer's schedule; therefore, we recommend scheduling a service appointment to minimize inconvenience. Additional time will be required if it is necessary to perform a repair procedure on your vehicle.

  Additionally, the warranty coverage for the engine's "short block "assembly (consisting of the engine block, crankshaft and bearings, connecting rods and bearings, and pistons) on 2011-2012 Sonatas manufactured at Hyundai Motor Manufacturing Alabama has been extended to 10 years from the date of original delivery or the date of first use, or 120,000 miles, whichever occurs first.

## What should you do?

- For more information regarding this Recall Campaign, including a link to make a service appointment, please visit:

  www.HyundaiUSA.com/Campaign132

- Input your 17 digit Vehicle Identification Number to verify that your vehicle qualifies for this Recall Campaign. Input your zip code and a list of the five closest dealers will appear.

    1. Click on "Schedule Service" for your preferred dealer.
    2. Click on "Choose Individual Service and Repairs."
    3. Select the "Recommended" tab.
    4. When the campaign is displayed, click on the campaign and select "Add to Cart."
    5. Click "Next" to complete scheduling your service appointment.

If your preferred dealer does not have a link to schedule service online or you are unable to make an appointment online, call your Hyundai dealer to schedule an appointment.

**What if you have other questions?**
- If you require further assistance, you may contact the Hyundai Customer Care Center at 1-855-371-9460. If you are not satisfied that we have remedied this situation without charge, and within a reasonable amount of time, you may wish to write to the Administrator, National Highway Traffic Safety Administration, 1200 New Jersey Avenue, SE, Washington, D.C. 20590, or call their toll-free Vehicle Safety Hotline at 1-888-327-4236 (TTY: 1-800-424-9153), or go to http://www.safercar.gov.

**Reimbursement Notification**
- Hyundai has a program for reimbursing owners of Model Year 2011 through 2012 Hyundai Sonata vehicles equipped with 2.4 liter and turbocharged 2.0 liter gasoline direct injection engines who paid to have the their engine repaired as a result of a worn or damage connecting rod bearing prior to receiving this recall notification letter. To obtain information about reimbursement from Hyundai, and submit your request for reimbursement electronically, please visit:

<u>www.HyundaiUSA.com/Campaign132</u>

If you are a vehicle lessor, Federal law requires that any vehicle lessor receiving this recall notice must forward a copy of this notice to the lessee within ten days.

We urge your prompt attention to this important safety matter.

Hyundai Motor America

August 25, 2016


MR. ERIC GIBBS
GIBBS LAW GROUP LLP
505 14TH STREET, SUITE 1110
OAKLAND, CA 94612

RE: Objecting to the Settlement in re: Hyundai Sonata litigation, 5:15-cv-1685-BLF

My full name is Michele Denise Brown; Address: ███████████████████████████
█████ 2011 Grey 4-dr Sonata Hyundai GLS VIN NO. ████████████████████

I object because I have incurred much loss and hardship. I am only working on an prn basis. My Utilities
have been delinquent now I owe $575 on light bill running my air constantly here in St. Louis it has been
miserably hot, but when the buses were running with my work schedule.....I stood out there anyway to
catch 2 buses and begged for rides home. I was forced to buy a car.... Did want too. They picked out the
car they wanted me to have. I had to spend bill money and borrow money to get the car....$1500.00
dwn payment on the 1st of July another almost $1400.00 on the 1st of August for sales tax (bill money
again. I can't afford two car payments, two car insurances not even this higher one for the 2014 Nissan
Sentra....remember they gave me what they wanted me to have. I would like you to hurry and send
reimbursements for repairs, hardship, I'm afraid to answer my phone for bill collectors, Amren
Electricity is about to cut my lights off, I have a disabled son depending on me. My health dental
insurance is three months behind. Please pay my 2011 Huyndai Sonata off. PPLEEASSE send monthly
payments to Santander. I do not need 13-14,000.00 on my credit SO PLEASE PAY MY CAR OFF. IF THIS
ENGINE RECALL HAD NEVER HAPPENED I WOULD NOT BE 2-3000. BEHIND ON MY PAYMENTS. I CANT
CATCH THEM UP NOW AND HAVE A NEW CAR HIGHER INS  Please get engine repaired fIREsTONE
WANTS ABOUT $6000.00. I STILL HAVE BOTH CARS. I'M STRESSING BLOOD SUGARS ARE SKY
ROCKETING. (I'M DIEABETIC)

PLEASE HELP ME ITS JUST NOT FAIR. I WOULD LOVE TO COME TO CALIFORNIA TO BE AT COURT BUT I
WONT HAVE THE MONEY UNLESS MIRACULOUSLY SOMETHING HAPPENS THAT I CAN GET THERE.


NAME: *Michele D. Brown*     DATE: *Aug. 25, 2016*


Cc: Shon Morgan, Quinn Emanuel Urquhart &
    Sullivan, LLP

Mel Bultmann



October, 10 2016

To whom it may concern:

I originally purchased my 2011 Sonata with the intention of keeping it for many years and then giving it to my daughter. The first recall notice initially said that Hyundai would replace the engine. The next recall notice said that only certain cars needed a new engine and was given an extra 20,000 mile warranty. This extra warranty in no way compensates for the money I will now lose on the car.

I went to trade in my vehicle since I no longer feel safe in this car and I feel it is no longer reliable, nor do I want my daughter to drive it anymore. I feel the original safety concern for this vehicle is still a concern even with the recalls checked. I was given such a low trade in value which my salesman said, "Was due to all the recalls, they aren't worth as much". I maintained this car perfectly. I frequently changed the synthetic oil, performed scheduled maintenances, weekly car washes to ensure my vehicle would last.

I have done nothing to my vehicle to warrant such a low trade in value. The only error I made was choosing Hyundai. I was incredibly satisfied with this brand until now. I, the consumer, am now paying for your company's mistakes. The warranty given is not enough to cover my losses with this vehicle.

This is why I am asking for a large reduction in price for a new Hyundai in addition to my trade in or replace my Sonata's engine. I feel this is the only reasonable thing to do in order to fix Hyundai's mistake. I intended to be a loyal Hyundai customer and the way this company has handled this situation, is incredibly poor. If my requests cannot be met I intend to take my business elsewhere, and will not purchase another Hyundai again.

Sincerely,

Mel Bultman

Dear Sir's
I don't agree. With the
Settlement they are offering.
My Car is 2012. I only have
Little over 5,000 miles on it.
What happen's after the
warranty runs out. Same way
with extension of the powertrain
warranty. Then what happens.
With the Hyundia Sonata
Engine Litigation, NO. 5:15-CV 1685 8LF.

Michael A. Canceliere

████████████████

P.S. I will not be Attending
hearing.

Here is my Vin. ████████████████
Year 2012

Purchase 2-9-2012

October 29, 2016

Eric Gibbs
Gibbs Law Group LLP
505 14th Street, Suite 1110
Oakland, California   94612

Shon Morgan
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California   90017


**RE: Objection to Settlement**
   **In re: Hyundai Sonata Engine Litigation,**
   **No. 5:15-cv-1685-BLF**

To Mr. E. Gibbs and Shon Morgan,

This letter is in regards to our **objection to the settlement being proposed in the In re: Hyundai Sonata Engine Litigation, No. 5:15-cv-1685-BLF case.** The following is the information required in the objection to settlement document that was sent to us.


| | |
|---|---|
| Name: | Robert T. Chaplin |
| | Lorelei M. Chaplin |
| Address: | ███████████████ |
| Telephone Number: | ██████████ |
| Model Year: | 2011 Hyundai Sonata Sedan |
| VIN: | ██████████████ |


We **object to the current proposed settlement due to the mileage limit of 120,000 miles** on the extension of the powertrain warranty that covers the engine short block assembly consisting of the engine block, crankshaft and bearings, connecting rod and bearings, and pistons. **We would request that this current proposed settlement of the mileage limit on extension of the powertrain warranty that covers the engine short block assembly consisting of the engine block, crankshaft and bearings, connecting rods and bearings, and pistons be extended to a total of 250,000 miles.**

We are a family of modest income. We purchase new vehicles and then keep them for extended time frames and high mileage. In the past, we have always purchased Toyotas for this reason. At present the only other vehicle that we own is a 2004 Honda Pilot that currently has 200,000 miles on it. In 2011 we decided to purchase the Hyundai Sonata Sedan that is now included in this lawsuit. We did so due to the belief that this vehicle would be a good automobile to be driven and kept for long term usage and high mileage. This vehicle is now approaching 117,000 miles. It is only 5 years old. If this proposed settlement is accepted, then we have 3000 miles left on this extended warranty and if problems with the powertrain (engine short block assembly consisting of engine block, crankshaft and bearings, connecting rods and bearings, and pistons) occur after this, we are left with a vehicle that would be cost prohibitive for us to repair. Furthermore, it appears that due to this new problem with the 2011 Hyundai Sonata we will no longer be able to sell this vehicle, if so desired, at a fair price due to the devaluation of the car based on this newest problem with the vehicle. I doubt if individuals would want to purchase this used vehicle knowing the above documented issues.

As stated above, we purchased this vehicle new in 2011. It is currently 5 years old. To date, we have suffered through multiple recalls with this vehicle that we felt was a reliable automobile when it was purchased. To date, here is a list of the recalls that we are aware of.

### Campaign 097 Steering Column Interim Shaft
Improper assembly or insufficient tightening of the connections could result in complete separation or compromised attachment of the connections, such that a driver could experience a loss of or reduction in steering capability increasing risk of crash.

### Campaign 110 Service Brakes, switches, Brake Light exterior lighting, Stop Lamp Switch
Stop lamp switch assemblies may experience intermittent switch point contact. This condition could potentially result in intermittent operation of the push button start feature, intermittent ability to remove the vehicle's shifter from the park position, illumination of the ESC (electronic stability control) indicator lamp in the instrument cluster, intermittent interference with the operation of the cruise control feature, or intermittent operation of the stop lamps.

### Campaign 122 (NHTSA Campaign 14V-433) Brake Lines
Two brake lines connecting brake system's master cylinder to the Hydraulic Electronic Control Unit (HECU) may develop leak over time due to an insufficient seal between inner brake hose and metal brake line fitting. Symptoms that result from this increase the risk of a crash.

### Campaign 123 (NHTSA Campaign 14V-434) Power Train, Automatic Trans -Shift Lever
Cable connecting the transmission range switch to the vehicle's shift lever pin may become disconnected. If this occurs, the transmission gear selection may not match the indicated gear and the vehicle may move in an unintended or unexpected direction, increasing the risk of a crash. Furthermore, when the driver parks the vehicle, despite selecting the PARK position, the transmission may not be in PARK. If the vehicle is not in PARK position and the parking brake is not applied there is a risk the vehicle will roll away as the driver and other occupants exit the vehicle or anytime thereafter. This increases risk to exiting occupants and bystanders.

### Campaign 132 (NHTSA Campaign 15V-568) Sonata Engine
Excess metal debris generated from factory machining operations as part of manufacturing of engine crankshaft. Debris can be forced into connecting rod oiling passages restricting oil flow to bearings and increasing the potential of premature bearing wear. A worn connecting rod bearing will produce a metallic, cyclic knocking noise from the engine which increases the frequency as the engine RPM increases. If the

vehicle continues to be driven with a worn connecting rod bearing, the bearing can fail and the vehicle could stall while in motion increasing risk of crash.

**Campaign 133   (NHTSA Campaign 15V-629)  Sonata Front Coil Spring**
The front coil spring in the vehicle can fracture near the base of the spring due to corrosion. Due to location of the spring and the geometry of the vehicle a fractured coil spring can make contact with the tire potentially resulting in a tire puncture and increasing the risk of a crash.

✳ Please note in regards to this recall I attempted to have the recall completed and at the time was told they did not have the necessary parts. Shortly thereafter, while driving the vehicle both the front coil springs broke. I made it to a tire repair shop and was told the vehicle was unsafe to drive at that point.  This necessitated having the vehicle towed to a Hyundai facility for repairs.

**Campaign 136  (NHTSA Campaign 15V-759)  Sonata Stop Lamp Switch Stopper Pad**
A stopper pad located between the stop lamp switch and the brake pedal arm may deteriorate allowing the stop lamp switch plunger to remain extended when the brake pedal is released. A deteriorated pad can result in the stop lamps illuminating continuously, illumination of the electronic stability control warning lamp, the ability to move the shift lever without depressing the brake pedal, or activation of the engine management system's brake pedal override feature.  Any of the described symptoms could increase the risk of a crash.

**Campaign 143 Sonata Electronic Power Steering**
Electronic power steering control module malfunction
and steering assist may be disabled.  Revert to manual steering mode.

As you can see from the above list, we have already had many issues with this automobile and we are extremely concerned about future issues arising with this vehicle.

Due to this lawsuit being heard in California and the fact that we are residing in Illinois we do not intend to appear in person or by hire of our own personal counsel at the final approval hearing.

We would greatly appreciate your consideration of changing the proposed settlement on the extension of the powertrain warranty that covers the engine short block assembly consisting of the engine block, crankshaft and bearings, connecting rod and bearings, and pistons from the mileage limit of 120,000 miles up to and including 250,000 miles.

Sincerely,


_Robert T. Chaplin_ _____   10-29-16
Robert T. Chaplin             Date


_Lorelei M. Chaplin_          10-29-16
Lorelei M. Chaplin            Date

Defense Counsel Shon Morgan
Quinn Emanuel Urquart + Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA. 90017

AND

✓ Class Counsel Eric Gibbs
Gibbs Law Group LLP
505 14th Street, Suite 1110,
Oakland, CA 94612

In re: Hyundai Sonata Engine Litigation, No. 5:15-cv-1685-BLF

Dear Sirs a/o Madam:

Undersigned Sonata owner asserts/attests/affirms,
for the record, his following, single objection
with reference to above captioned "In re...."

Undersigned's specific objection statement is,
referencing "Warranty Extension" (wording) that
such "...Extension..." for (10 years), represents a
discriminatory act/practice, unduly, effectively
penalizing/discriminating against the "low
mileage" driver/owner" (of which I am one) in
comparison with the 100,000 (to) 120,000 miles
warranty extension to the "higher mileage"
driver/owner. It is my contention that the
calendar year/s extension for such driver/
owner, of warranty, for such "lower mileage"
shall be, to be appropriately, commensurately,
fair and equitable, increased from 10 years to
12 years!
                              (cont'd - reverse side)

Per above text/contents, I charge you to convey This important/valid objection for court perusal and appropriate consideration.

I <u>WILL NOT</u> "...appear, in person or by counsel, at the final approval hearing...".
(signed)

_____  9-19-2016
Don L. Clarke

████████████████████████████████

Vehicle Information:
2014 Hyundai Sonata GLS
VIN ████████████████

(vi) <u>NO</u> "...other objection(s) submitted... or any class action settlements submitted (by above signatory or any lawyer ...in any court in the United States in the previous five years..."

P.S. Please forward to above signatory, by return mail or by phone contact, confirmation of your receipt of this objection. Thank you for your attention and effort on the matter!

Louis S. Curcio



October 25, 2016

Eric Gibbs
Gibbs Law Group LLP
505 14th St., Suite 1110
Oakland, California 84612

Dear Mr. Gibbs,

I am writing to object to the Settlement in In re: Hyundai Sonata Engine Litigation, No.5:15-cv-1685-BLF. My name is Louis Curcio. I live at ███████████████████ My phone number is ████████ My 2014 Hyundai Sonata GLS has VIN # ███████████ I leased this vehicle new and would have great difficulty taking advantage on my low mileage in getting into a new lease due to decreased value, which has occurred since the fact that …"Hyundai sold 2011-2014 Sonata vehicles with defective rotating assemblies in the Theta II 2.4 L engines that cause sudden and catastrophic engine failure. When the rotating assembly fails, it does so without warning and causes the engine to abruptly seize." This gross negligence could result in death or serious injury. Your proposed settlement of covering the cost of certain repairs or repair related expenses such as tow or rental car and also an extension on the powertrain warranty for the engine block assembly of only 20,000 miles, which only applies if the car is under 10 years old when it reaches the additional 20,000 miles, is woefully inadequate! Most people put at least 10,000 miles a year on a vehicle, so it is null and void.

By driving my 2014 Sonata or by having my wife or son drive it, I believe I am risking life! This settlement provides me no satisfaction that my car engine won't one day just seize, while I am driving on the highway at 75 mph. This could easily end in death or serious, debilitating injury. It is no comfort that my tow or car rental might be covered due to this lawsuit. Also, your settlement stating that the repair of the engine might be covered, provided my vehicle is not completely totaled by a tractor trailer or other vehicle due to this catastrophic engine failure, is not reassuring! I am now afraid to drive my car, have my wife or son drive my car, or have anyone as passengers in my car. I am even afraid to trade it in on a new lease for fear that someone who purchases the vehicle in the future may become victim to this faulty engine.

I believe that a correct settlement in my situation would be to waive my final year of lease payments and allow me to get into another Hyundai new vehicle lease. Since my car was manufactured in the plant that produced these defective engines, I believe that this is something Hyundai should do. In addition to the fact that my car engine might seize without warning not being taken into account in this settlement, I am also concerned that the owners of Sonatas are not being given any type of compensation for the way Hyundai put their lives at risk by not disclosing the problem, as soon as it was discovered in order to protect the lives of anyone driving or riding in the car." Rather than addressing this safety problem by warning drivers and recalling its dangerous vehicles, Hyundai has concealed the problem from consumers and implemented a concerted practice of denying warranty coverage for failed engines. Hyundai tells Sonata owners that they must submit a complete record of the vehicle's maintenance history before making a warranty claim—even though it knows that Sonata engines fail regardless of owner maintenance and that the faulty rotating assembly is responsible. For those warranty claims that are submitted, Hyundai's practice is to deny them based on inadequate maintenance records or improper maintenance. Hyundai denies that engine failures are widespread in Sonata

vehicles and blames its customers for the problem—forcing them to pay as much as $10,000 for an engine replacement." This shows gross negligence on the part of Hyundai. There needs to be compensation to the owners of these vehicles. Hyundai put their very lives at risk, by not addressing the problem earlier. The fact that Hyundai also tried to avoid honoring warranty claims in this deceptive manner also points to the need to provide some type of compensation to the owners of Hyundai Sonatas 2011-2014. I suggest you go back to the table and create a more reasonable settlement. I do believe that it will cost Hyundai quite a bit to remedy their errors. If they did put new engines in the Sonatas affected, or allowed Hyundai owners to get into a new Hyundai vehicle, they would avoid injury lawsuits that are much more costly.

I formally object to this settlement as of today, September 12, 2016. I have not made any other objections to any class action settlements submitted in any court in the US in the previous 5 years. I do not intend to appear in person, but by counsel, Eric H Gibbs, and David Stein of Gibbs Law Group, LLP at the final hearing.

Sincerely,

Louis Curcio
2014 Hyundai Sonata Lease Owner

Sept 30, 2016

Hyundai Sonata Engine Litigation
No. 5:15-ev-1685-BLF

Class Counsel
Eric Gibbs

In addition to this settlement, I should have the option of returning my vehicle
back to any Hyundai Dealership where they would be required to repurchase the
vehicle back at top blue book value. Just to be clear, this would not be a trade in.
The reason for returning the car to Hyundai is that I **DO NOT** what to resell this
lemon to another person because I have a conscience. Who wants to buy a car
that is so **PROBLEMATIC?** How many thousands of dollars of discount would I
have to provide as incentive in order to dispose of this lemon? I should be
reimbursed by Hyundai for the difference between the top blue book value and
the giveaway price.

- First, Dealerships were charging approx. $2500 **OVER** Sticker Price for the
  privilege of owning a Hyundai.
- This car has been problematic since 30 days after I took ownership. There
  have been so many recalls that I have lost track. I have zero confidence in
  this vehicle and this should never be the result of purchasing a new car.
- When I did go to numerous dealerships, they were unable to fix problems. I
  spoke with several technicians who informed me that Hyundai was
  unprepared. Hyundai did not have properly trained technicians, and lacked
  diagnostic equipment and manuals to perform proper evaluations and
  institute necessary fixes.
- The MPG claims from Hyundai are misleading and false. My wife and I also
  purchased a 2012 Elantra specifically for commuting. The vehicle has never
  performed anywhere near the false mileage claims given by Hyundai.
  When my wife spoke with a factory representative, she was told that those
  over blown MPG ratings were only possible if you drove at 50-55 MPH on a

flat road, never stopping and never braking. Those false mileage claims were only possible under the most ideal conditions. (See attached letter).

When I received my last recall notice from Hyundai that there were major engine issues but that **NO FIX** was available I could not believe what I was reading. Their advice was if the engine blows up we will fix it. WOW. Who sells a car they cannot repair? Hyundai could have replaced or rebuilt everyone's engine but that would not have been cost effective. So instead, I have been operating this vehicle waiting for the engine to seize up.

The problems that Hyundai has created are all on them. They have demonstrated little concern for their customers. Hyundai has only one goal and that is to sell cars no matter what. They have misrepresented their product with false information and have failed to disclose Information that not only adversely affected the performance of their vehicles but also our purchasing decision. Hyundai is negligent and cavalier about their posture in openly deceiving and perpetrating fraud. They have run rough shod on its customers because there is no regulatory agency that oversees the auto industry. There conduct is shameful.

Thank you for your time.
I will not attend court and will not be represented by council.

Sincerely

*James A. Dirago*

James A. Dirago

2011 Hyundai Sonata
Vin #



Hyundai Motor America
P.O. Box 83835
Phoenix, AZ 85071-3835

**HYUNDAI**
NEW THINKING.
NEW POSSIBILITIES.

*********************AUTO**3-DIGIT 339  55016 T186  P1
Jeanne Dirago

▮▮▮▮▮▮▮▮▮

ıımlı|||||ıllıııˌlıˌlııˌlˌılˌılˌıllıllˌıˌlˌıllˌ

Dear Jeanne Dirago:

I am writing to inform you that the fuel economy label on your vehicle was misstated due to errors in our test procedures. We at Hyundai pride ourselves on standing behind our customers, and we did not deliver on that promise. I sincerely apologize. Our first priority is to make this right for you.

As a result of this error, the combined EPA fuel economy estimates on affected vehicles were overstated by one or two MPG. This adjustment only applies to the EPA fuel economy label value and actual mileage may vary.

To cover the additional fuel costs associated with the fuel economy rating change, we have put together a reimbursement program that will remain in place **for as long as you own your vehicle**. The reimbursement amount will be based on the number of miles you drive and the average fuel price in your area. As an acknowledgement of other small costs and the inconvenience you may incur, we will add an extra 15 percent to the reimbursements. This will also remain in effect for as long as you own your car.

To receive your reimbursement debit card, which can be used anywhere debit cards are accepted, please follow these steps:

1. Log on to www.HyundaiMPGinfo.com and provide your VIN* to register your vehicle **and get an estimate of your reimbursement amount**.
2. At your convenience, visit your local Hyundai dealer's Service Department to document your current odometer reading. You can schedule an appointment at the Hyundai dealer of your choice by using our online scheduling system at www.MyHyundai.com.
3. If the reimbursement calculator shows a low initial amount, perhaps because your car has low mileage on the odometer, you may find it more convenient to visit your dealer for the first time at a later date, as long as it is within one year of receipt of this letter. Your personalized debit card will arrive approximately three weeks after your visit to the dealer.

While we require you to register within one year of receipt of this letter to participate in the reimbursement program, you can visit your dealer whenever it is convenient for you, as frequently as you like, for as long as you own your car.

If you purchased your vehicle used, or have sold it, the website will provide the steps necessary to request reimbursement for the miles you drove from the purchase date up to the sale date of your vehicle.

You can find more detailed information and estimate your reimbursement amount at any time on www.HyundaiMPGinfo.com, or you can call 877-277-0012 to speak with someone directly.

All of us at Hyundai value our owners. We will continue to work hard to be deserving of your trust, and appreciate the opportunity to make this right for you.

Sincerely,

John Krafcik
President and CEO
Hyundai Motor America

* The VIN is the 17-digit number that can be found on the driver's side dash looking through the windshield or on the door frame of the driver's door

October 8, 2016

Eric Gibbs
Gibbs Law Group LLP
505 14th Street, Suite 1110,
Oakland, CA

In re: Hyundai Sonata Engine Litigation
No. 5:15-cv-1685-BLF
2013 Hyundai Sonata



I am objecting to the 'settlement' due to one provision. That is the 10 year warranty limit and not the mileage extension. The reason being that I don't drive the automobile more than 4,000 miles per year.
I purchased a 2013 Hyundai Sonata in 2012 and only drive it an average 4,000 miles per year.
In the 4 years that I have owned it there are 16,000 miles presently on the odometer.
In ten years I estimate that I will have driven the car about 40,000 miles and my intentions were to maintain and keep the automobile. At the end of the 10 year warranty with the 'agreement' that means I still have 85,000 miles left to drive but out of warranty. Not a good prospect with an engine prone to failure.
I understand the original drive train warranty of 10 years and that I would be driving the car out of warranty with a good engine for approximately 60,000 miles after the warranty expires.
However, I will have to live with the prospect of this auto's defective engine breaking down out of warranty after 10 years no matter how much care the engine is given.
Why not an extension on the years to make the warranty more equitable for those who don't drive much?
It doesn't seem fair to me and I don't know if this scenario was given consideration.

Sincerely,


John L Dragone Sr.




John L Dragone Sr.

Mark Farrell



October 24, 2016

Dear Sir

I am writing today regarding the class action settlement being offered due to lawsuits filed against Hyundai Motor America & Hyundai Motor Company. I write specifically to object to the settlement.

I currently own a 2013 Hyundai Sonata, VIN ████████████████, which is the reason I received the notice. My reason for objection is not with this vehicle. My reason for objection is with the reason I ended up with this vehicle.

Before the 2013 Sonata, I owned a 2011 Hyundai Santa Fe, VIN ████████████████ I purchased this vehicle from Balise Hyundai in Springfield, MA in 2013. About 2-3 months after I purchased the vehicle, it started shutting off while I was driving. I would be driving down the road and some lights on the dashboard would illuminate and the car would lose all power, including the power steering. The dealer could not figure out what the issue was, but definitely kept trying. I had the vehicle in and out of the shop continuously for about 1 ½ months until I just didn't feel safe driving it anymore.

I had to fight with the dealer to replace the vehicle. I wanted them to take the Santa Fe back and give me another car. I thought it was the right thing to do. Well, it came down to having to resort to social media in order to get that done. After I posted the whole situation on their Facebook page, the owner of the dealership got involved and they took my vehicle back and replaced it with the car I currently own. This was 3 years ago this month.

The problem with this is, I feel as though I was taken advantage of rather than taken care of and I believe the Santa Fe had the same issues as the Sonatas in question. Hyundai just didn't know it at the time. I believe I was taken advantage of because of the following: The Santa Fe was sold to me for $17,999; The Sonata was sold to me for $21,735.57. We had already made payments on the Santa Fe, but started at payment #1 with the Sonata. The interest rate on the Santa Fe loan was 8%, the interest rate on the Sonata is 15.9%. We put a down payment of $2000.00 down on the Santa Fe when we purchased it which did not roll over to the Sonata. The payment on the Santa Fe was approximately $300.00 per month and I am paying almost $500.00 per month for the Sonata. As you can see, the trade was definitely NOT in my favor, but I needed a vehicle, A SAFE VEHICLE, to transport my family in.

I believe the issues the Santa Fe was having at the time are the same issues Hyundai has taken responsibility for in the Sonata and is being sued for currently. I have researched and believe the 2011 Santa Fe has the same drive train as the Sonatas noted in the lawsuit.

I would like this to be considered when reviewing this case. Thank You!!

I do not have the means to attend the hearing so I do not plan on attending, but would appreciate communication as to the outcome of the consideration.


Respectfully,

Mark A. Farrell

October 20, 2016


Robert F. Farr & Donna C. Farr



Eric Gibbs

GIBBS LAW GROUP LLP

505 14th Street, Suite 1110

Oakland, California, 94612

*In re: Hyundai Sonata Engine Litigation No. 5:15-cv-1685-BLF*

*2011 Sonata VIN* ▮▮▮▮▮▮

Dear Mr. Gibbs:

My husband and I purchased a 2011 Hyundai Sonata in August 2010. It is included in the recall and qualifies for the class action suit. We were involved in a similar issue with Hyundai with our 2000 Sonata. They extended the drive train warranty due to a misrepresentation of the size of the engine. We kept that car for 11 years until the transmission went out in 2013. Our 2010 Sonata was checked on 02/08/2016 by a Hyundai dealer under this recall and we were told there is no issue. However, that obviously does not mean there will not be an issue in the future.

As our past record reflects, we kept our 2000 Sonata over 10 years. Our 2011 Sonata currently has 35,406 miles and we drive it less than our previous Sonata. We plan to keep it until it has a major failure or we have a major accident. Therefore, we object to the terms of the current settlement that extends the warranty for the engine repair for 10 years and 120,000 miles, whichever comes first. Most likely, our car will outlive the terms of this settlement. We feel the warranty should last until 120,000 miles, at least to the original owner, as we will likely have less than 120,000 miles on the car, at our current rate, when we reach the ten year exclusion which would nullify the warranty. It is not unlikely we could have only 60,000 miles on the car at that time.

Therefore, we feel the terms of the settlement are not considerate to loyal, repeat customers who like the cars and plan to keep them over 10 years.

We do not plan to appear in person at the final approval hearing. We have no personal attorneys representing us.

Sincerely,

*Donna C. Farr*

Donna C. Farr

Christina and Keith D. Floyd, Jr.



September 23, 2016
Jason Gibbs
GIBBS LAW GROUP LLP
505 14TH Street, Suite 1110
Oakland, California 84612



Dear Mr. Gibbs:

I am writing to object to the Settlement in In re: Hyundai Sonata Engine Litigation, No.5:15-cv-1685-BLF. My name is Christina Floyd. I live at ████████████████ My phone number is ████████ My 2014 Hyundai Sonata GLS has VIN # ████████ I bought this vehicle new and would have great difficulty selling it for a reasonable price today due to decreased value, which has occurred since the fact that …"Hyundai sold 2011 Sonata vehicles with defective rotating assemblies in the Theta II 2.4 L engines that cause sudden and catastrophic engine failure. When the rotating assembly fails, it does so without warning and causes the engine to abruptly seize." This gross negligence could result in death or serious injury. The proposed settlement of covering the cost of certain repairs or repair related expenses such as tow or rental car and also an extension on the powertrain warranty for the engine block assembly of only 20,000 miles, which only applies if the car is under 10 years old when it reaches the additional 20,000 miles, is woefully inadequate! Most people put at least 10,000 miles a year on a vehicle, so it is null and void.

By driving my 2014 Sonata, by having my wife drive it, especially if our three children are in the vehicle, I believe I am risking our lives, as well as others on the road! This settlement provides me no satisfaction that my car engine won't one day just seize, while I am driving on the highway at 75 mph, given that my husband, Keith (co-owner of our Hyundai Sonata) drives on I-95 five days a week to and from work. This could easily end in death or serious, debilitating injury. It is no comfort that my tow or car rental might be covered due to this lawsuit. Also, Hyundai's settlement stating that the repair of the engine might be covered, provided my vehicle is not completely totaled by a tractor trailer or other vehicle due to this catastrophic engine failure is not reassuring! I am now afraid to drive my car, have my wife drive my car, or have anyone as passengers in my car. I am even afraid to sell the car to someone else, who may become victim to this faulty engine; this car has also lost a lot of value, as this engine defect is now very public.

I believe that a correct settlement would include a proactive approach. Instead of waiting

until lives are endangered even further, and instead of going through any more efforts to beg car dealers/buyers to purchase/trade this vehicle for more than its current value, I am demanding a buyback of the vehicle from Hyundai, the manufacturer, for the purchase price we paid in May 2014 and financed through Ally Auto Financial.

Since my car was manufactured in the plant that produced these defective engines, I believe that Hyundai owes me a refund of the purchase price, at the very least! We do not want this car any longer, due to its inherent danger. It's just a matter of time before the engine seizes at high speeds. In fact, I have documentation/a case number with Hyundai that our engine seized the day after we purchased it, with only 42 miles on the car. A retroactive approach of either waiting until our engine seizes, or waiting until after we've lost money trying to trade/sell it, is not adequate compensation, is unsafe, and is unfair. In addition to the fact that my car engine might seize without warning not being taken into account in this settlement, I am also concerned that the owners of Sonatas are not being given any type of compensation for the way Hyundai put their lives at risk by not disclosing the problem, as soon as it was discovered in order to protect the lives of anyone driving or riding in the car." Rather than addressing this safety problem by warning drivers and **recalling** its dangerous vehicles, Hyundai it knows that Sonata engines fail regardless of owner maintenance and that the faulty rotating assembly is responsible. This shows gross negligence on the part of Hyundai. There needs to be compensation to the owners of these vehicles. Hyundai put their customers' lives at risk, by not addressing the problem earlier. The fact that Hyundai also tried to avoid honoring warranty claims in this deceptive manner also points to the need to provide some type of compensation to the owners of Hyundai Sonatas 2011-2014. I suggest a more reasonable settlement be created; in our particular case, we are demanding a vehicle buyback, as we no longer want to drive, own, nor make monthly auto loan payments on a car this dangerous to our family. I do believe that it will cost Hyundai quite a bit to remedy their errors. If Hyundai doesn't compensate us as we are requesting now, they will surely be facing more costly suits involving injury/death claims due to these faulty engines!

I formally object to this settlement as of today, September 23, 2016. I have not made any other objections to any class action settlements submitted in any court in the US in the previous 5 years. I do not intend to appear in person, but by counsel, Eric H Gibbs, and David Stein of Gibbs Law Group, LLP at the final hearing.

Sincerely,

*Christina M. Floyd*

Christina M. Floyd

Oct 17, 2016

Eric Gibbs
Gibbs Law Group LLP
505 14th Street, Suite 1110
Oakland, California 94612

In Re: Hyundai Sonata Engine Litigation No.5:15-cv-1685-BLF

To whom it may concern:

I have a 2014 Sonata VIN # ███████████ I object to the part of the settlement that is limiting the coverage to 10 yrs /120,000 miles (whichever comes first) since there appears to be a major problem with this engine failing I don't think anyone should limited to making a claim within 10 years. I will be retiring in a few years and will not be driving 12,000 miles a year; so for example, lets say within the 10 year period I may only have 70,000 or 80,000 miles on the car. Then a couple of years later I reach 95-100,000 miles and the engine develops a problem. 10 years have passed but not the 120,000 miles so now I may be stuck replacing the engine. Therefore I think the settlement should be the engine repair is covered until the car reaches 120,000 miles regardless of how many years have passed.

I do not intend to appear, in person or by counsel, at the final approval hearing.

Sincerely,

Greg Geisert

Greg Geisert

Attention: Eric Gibbs

I hereby object to the Settlement in, *In re:* Hyundai *Sonata Engine Litigation,* No.5:15-cv-1685BLF

Reasons as follow:

1. This Settlement does not solve the issue with metal shavings in the Crankshaft Journal, I have been a Journeyman Mechanic for twenty-years, and therefore, I am qualified to determine the effects of loose metal shavings in a bearing assembly. It is just a matter of time due to normal bearing wear until the shavings will be introduced directly to the bearing surface and crankshaft or piston rods resulting in the bearing/s to seize the engines crankshaft.
2. The unknown timing of bearing failure will provide no <u>guarantee</u> of warning of impending engine seizure.
3. The loose metal shavings in the journal are essentially a ticking time bomb with unknown consequences when engine seizure occurs at sixty-five mile an hour on the freeway or at a stoplight.
4. The value of my Hyundai is reduced by the presences of metal shavings in the Crankshaft Journal.
5. I purchased this vehicle new and expected the vehicle to be without defects also, I did not opt for extra loose metal shavings.
6. The most important reason is SAFETY! For me and my family as well as other motorist my vehicle may encounter as a result of a bearing seizure, whenever and wherever engine seizure occurs.
7. I do not have counsel to represent me in this matter, for I respectfully depend on the Judicial System to represent *all* consumers of the vehicles in this case.

***Recommended Remedy: Replace Crankshaft, Crankshaft Bearings and Piston Rods, also provide rental vehicle for duration of above repairs.***

Thank you for your responsible remedies for this dangerous Hyundai Sonata defect.

Mr. Randy J. Hernandez



My vehicle is a 2011 Hyundai Sonata, VIN#

This letter serves as:

*"Notice to of Intention to Appear in, In re: Hyundai Sonata Engine Litigation, No.5:15-cv-1685"*

Randy Hernandez                    Nov. 5th 2016

October 20, 2016

**Class Counsel**

Eric Gibbs
Gibbs Law Group LLP
505 14th Street, Suite 1110
Oakland, California 94612

Addie M. Jenkins

████████████████████

**RE: Hyundai Sonata Engine Litigation No 5:15-cv-1685-BLF.**


To Whom It May Concern:

My name is Addie Marie Jenkins, I reside at █████████████████████████████████
████████████

On September 22, 2015, I purchased a 2014 Hyundai Sonata 2.0 from Efird Chrysler Jeep Dodge Inc. located at 1711 West Lucas Street in Florence, S.C. 29501. The vehicle VIN# is ████████████

Although, I agree with the Warranty Extension for the Class vehicles that Hyundai Motor is extending, and the reimbursement for past repairs. I somehow felt the need to write this letter.

I am concerned. On or about September 12, 2016, I got into my 2014, Hyundai Sonata to go to the store. When I started the ignition I could smell gas coming into the vents of the vehicle. I call Efird Chrysler the place where I purchased the vehicle from. I was told that the repair shop was booked until Thursday, September 22, 2016, I was scheduled an appointment for that time. On September 16, 2016, four (4) days after I called Efird Chrysler to report the smell of gas in my vehicle I received in the mail papers from the Federal Court concerning the lawsuit against Hyundai Motor America and Hyundai Motor Company. I immediately called Efird Chrysler and was told to bring the vehicle into the shop. A fuel sender and packing fuel pump was installed without charge. I picked the car up from the shop on September 22, 2016, however, I returned it on September 26, 2016 due to the smell of gas. I was told the gas smell was coming from fuel sender and pack fuel pump being installed and some gas may have spilled from the old fuel sender. I still smell the odors at times. However, the Efird Chrysler repair shop said the vehicle is ok to drive.

My concerned is I am not comfortable driving the car due to the possibility of it stalling on the highway and the problem with the gas odors. I am a 65 years old woman, and often go to visit my children who lived a distant from me- however, I am now afraid to drive that far.

My car value has decrease tremendously, and I don't think many dealers will give the best deal for the car because they may not be able to sell it and make a profit.

Addie M. Jenkins

███████████████

**RE: Hyundai Sonata Engine Litigation No 5:15-cv-1685-BLF.**

My thoughts are why wait until the vehicle stalls, or a noise is in the engine, or an oil lamp illumination occurs, why not make the dealers or manufacturer called said vehicles in, check them, and fix them immediately especially the vehicles with the gasoline direct injection engine.

I am not planning to attend the final approval hearing.

Sincerely,

Addie M. Jenkins

**Note:** This is not a letter to exclude myself from the lawsuit filed against Hyundai Motor America and Hyundai Motor Company

Doreen P. Jodoin



November 5, 2016


      To whom this may concern,

As a member of the settlement class, I am writing to state that I dislike the
settlement and am objecting to the settlement in regards to Hyundai Sonata
Engine Litigation No. 5:15-CV-1685-BLF. I am the owner of 2012 Hyundai Sonata
VIN # ███████████████ I feel that offering only an extended Powertrain
Warranty is unfair for I already had purchased the warranty at a cost of $1,784.00
when I traded in my previous 2003 Sonata for the purchase of this 2012. I believe
by not fixing the vehicle is unsafe and is putting the vehicle owners at risk. In
accordance to the National Traffic and Motor Vehicle Safety Act, these vehicles
are under safety recall and only offering an extended warranty is not fixing the
problem.  The warranty will only cover the vehicle if the car indicates there is a
problem. The safety recall states that the problem in the engine could cause the
vehicle to stall while in motion, increasing the risk of a crash. However if there is
no indication of a problem there is no guarantee that the problem will not occur.
Therefore putting the owner or driver at risk. I affirmatively state that I have not
submitted any other objections to any other class action settlements in any court
in the United States in the previous five years. At this time I do not intend to
appear in person at the final approval hearing.

                                       Respectfully,

                            *Doreen P. Jodoin*

## 1   CUSTOMER INFORMATION / COVERED VEHICLE / SELLING DEALER

OWNER'S NAME
DOREEN P JODOIN

STREET      CITY, STATE AND ZIP CODE

AREA CODE AND TELEPHONE NUMBER      E-MAIL ADDRESS

VEHICLE      YEAR, MAKE AND MODEL OF VEHICLE
2012 HYUNDAI SONATA

MANUFACTURER'S IN-SERVICE DATE    VEHICLE MILEAGE AT TIME OF SALE
09/14/11      5592

NAME OF SELLING DEALER      ADDRESS OF SELLING DEALER
GARY ROME HYUNDAI INC.     1000 MAIN STREET    HOLYOKE, MA    01040

TELEPHONE NUMBER OF SELLING DEALER    DEALER NUMBER    SELLING DEALER SIGNATURE
413-536-8326

LIENHOLDER WELLS FARGO DEALER SERVICES    LIENHOLDER'S ADDRESS PO BOX 997517   SACRAMENTO CA 95899

CUSTOMER'S SIGNATURE ☞   I HAVE READ AND AGREE TO THE TERMS AND CONDITIONS OF THIS AGREEMENT.    DATE OF SALE
08/30/2014

## 2   CHECK IF VEHICLE HAS MANUFACTURER'S WARRANTY OR ANY POWERTRAIN / MAJOR COMPONENT COVERAGE IN EFFECT

☒ YES    ☐ NO

## 3   CHECK COVERAGE

See reverse side of agreement for coverages.

☐ POWERTRAIN (PT)    ☐ HIGH-TECH (HT)    ☒ COMPREHENSIVE (CC)

## 4   CHECK APPLICABLE BOXES

DEDUCTIBLE AMOUNT PER VISIT

☒ $0    ☐ $50    ☐ $100    ☐ $200

VEHICLE SURCHARGE:

☐ 4-WHEEL/ALL WHEEL DRIVE    ☐ TURBO OR SUPERCHARGER
☐ 4-WHEEL STEERING    ☐ DIESEL

## 5   CHECK TIME & MILEAGE   This agreement expires by time from Manufacturer's In-Service Date or mileage measured from zero (0) miles, whichever occurs first.

MONTHS
MAXIMUM MONTHS FROM MANUFACTURER'S IN-SERVICE DATE

☐ 36 MONTHS    ☐ 72 MONTHS
☐ 48 MONTHS    ☐ 84 MONTHS
☐ 60 MONTHS    ☒ 120 MONTHS OTHER*
*NOT TO EXCEED 120 MONTHS

MILES
MAXIMUM VEHICLE ODOMETER READING

☐ 40,000 MILES    ☒ 75,000 MILES
☐ 60,000 MILES    ☐ 100,000 MILES
☐ 70,000 MILES    ☐ OTHER*
*NOT TO EXCEED 125,000 MILES)

PLEASE NOTE THAT IN NO EVENT CAN THIS SERVICE AGREEMENT BE ISSUED FOR A TERM EXCEEDING 120 MONTHS (10 YEARS) OR 125,000 MILES. IF NO BOXES HAVE BEEN INDICATED, COVERAGE WILL BE IN EFFECT FOR 36 MONTHS/40,000 MILES, WHICHEVER OCCURS FIRST AND THE POWERTRAIN COVERAGE WITH A $200 DEDUCTIBLE WILL APPLY.

## 6   ADDITIONAL BENEFITS

Substitute Transportation: In the event of a breakdown of a covered component, you may be eligible for substitute transportation reimbursement. Such expense shall be limited to $30.00 per calendar day, 5 day maximum, not to exceed $150.00 per occurrence. To qualify for reimbursement, the covered vehicle must be detailed by the repairing facility overnight and the covered repair must exceed a minimum of four (4) hours labor, as identified in factory or accredited flat rate manuals. Reimbursement for substitute transportation shall not continue beyond the day on which repairs are completed and you are notified of completion. Valid rental agency receipts will be required for reimbursement.

Towing Reimbursement. In the event towing is required because of a breakdown of a covered component, towing costs not payable by insurance will be covered for up to $50.00.

## 7   EXTENDED SERVICE AGREEMENT PRICE    $ 1784.00

ANY MODIFICATION, ALTERATION, OR CHANGE TO THE PREPRINTED TERMS AND CONDITIONS OF THIS EXTENDED SERVICE AGREEMENT IS INVALID AND OF NO FORCE OR EFFECT. THE PURCHASE OF THIS AGREEMENT IS NOT REQUIRED EITHER TO PURCHASE OR TO OBTAIN FINANCING FOR A MOTOR VEHICLE.

THIS AGREEMENT IS NOT AN INSURANCE POLICY. IT IS A PREPAID SERVICE AGREEMENT BETWEEN YOU AND THE SELLING DEALER. ALL OBLIGATIONS AND LIABILITIES FOR REPAIRS COVERED BY THIS EXTENDED SERVICE AGREEMENT ARE THOSE OF THE SELLING DEALER AND FIRST EXTENDED SERVICE CORPORATION, WHICH ADMINISTERS THE AGREEMENT FOR THE SELLING DEALER. SEE REVERSE SIDE FOR ADDITIONAL INFORMATION REGARDING RESPONSIBILITY FOR BENEFITS.

MAINTENANCE RESPONSIBILITIES: If you fail to perform the manufacturer's recommended maintenance, such as oil changes and other periodic services, and your failure causes a breakdown, this will result in loss of your protection under this service agreement. Maintenance records from the date of sale supported by receipts indicating dates, mileage and services performed must be kept by the purchaser or subsequent owner of this extended service agreement and made available to the Selling Dealer and/or Administrator on request.

WHAT TO DO IF REPAIRS ARE NEEDED: If your Manufacturer's New Vehicle Warranty is still in effect, contact the Selling Dealer. After the Expiration of Your Manufacturer's New Vehicle Warranty and if your vehicle is within forty (40) miles of the Selling Dealer, you must deliver your vehicle to the Selling Dealer. If your vehicle is no longer at that address, call First Extended Service Corporation for instructions before you deliver your vehicle to a repairing facility. You must authorize the repair facility to perform necessary diagnostic work so that the repair facility can provide an accurate estimate. To ensure proper action under the terms of this extended service agreement authorization must be obtained prior to repair. Call the toll free claims number listed below between the hours of 7:00 a.m. - 7:00 p.m., C.T. Monday - Friday and 8:00 a.m. - 3:30 p.m. C.T. on Saturdays.

EMERGENCY REPAIRS: If repairs to a covered component are required outside normal business hours (i.e., on a weekend or holiday), you should deliver your vehicle to a licensed repair facility and have repairs performed on your vehicle at a reasonable and customary charge. On the next business day, or as soon as reasonably possible, you should report the repairs to First Extended Service Corporation by calling the toll free claims number listed below. To obtain a reimbursement for such emergency repairs, please call the claims number below. Emergency repairs are defined as repairs required to enable your vehicle to be driven.

AUTHORIZATION IS REQUIRED PRIOR TO THE COMMENCEMENT OF ALL REPAIRS...PLEASE CALL:
FOR NATIONWIDE CLAIMS 1-800-527-3426

ADMINISTERED BY
FIRST EXTENDED SERVICE CORPORATION
P.O. Box 804785, Chicago, Illinois 60680-4109

NSA8 (R 12/09)

CUSTOMER COPY

**WHAT IS COVERED:** Upon payment of the deductible amount per repair visit, based on the specific coverage selected, without additional charge to you. Replacement of any part service agreement, the Selling Dealer will make necessary repairs to components listed, based on the specific coverage selected, without additional charge to you. Replacement of any part may be made with new parts or with parts of like kind and quality at the time of breakdown, including remanufactured or non-original-manufacturer's parts or used parts, at the option of the Selling Dealer. This service agreement covers failure to a covered component resulting from normal wear and tear. Items listed under "What is Not Covered" are excluded.

---

## POWERTRAIN COVERAGE

**ENGINE**
All internal lubricated parts, cylinder block and heads, factory installed turbocharger or supercharger units, flywheel, fuel pump, manifolds, oil pan and oil pump, seals and gaskets, timing gears and chain or belt, valve covers, water pump, engine mounts, thermostat, thermostat housing and gasket.

**TRANSMISSION**
All internal parts, seals and gaskets, torque converter, transfer case and transmission case.

**FRONT-WHEEL DRIVE**
Axle shafts, final drive housing and internal parts, front-wheel bearings, locking rings and automatic front locking hubs (four wheel drive), seals and gaskets, universal and constant velocity joints.

**REAR-WHEEL DRIVE**
Axle shafts, drive axle housing and internal parts, drive shaft, rear wheel bearings, retainers, seals and gaskets, universal and constant velocity joints.

---

## HIGH-TECH COVERAGE

**POWERTRAIN COVERAGE ABOVE + THE FOLLOWING COMPONENTS:**

**FUEL SYSTEM / MISCELLANEOUS COMPONENTS**
Diesel injection pump and lines, diesel injector pump, diesel lift pump, fuel pump, fuel tank and lines, gas fuel injectors and lines, harmonic balancer and bolt, external transmission module, transmission mounts, rear axle hub and bearings and timing chain cover.

**STEERING**
Power steering rack and pinion, cooler and cooler lines, couplings, linkages, main and intermediate shafts, manual and power steering gear housing and all internal parts, power steering pump, seals and gaskets.

**SUSPENSION**
King pins, MacPherson struts, spindle and spindle supports, stabilizer bar and linkage, upper and lower ball joints, upper and lower control arms, shafts and bushings.

**BRAKES**
Brake lines and fittings, backing plates, calipers and wheel cylinders, clips and retainers, combination valve, master cylinder, parking brake linkage and cables, power booster, self-adjusters and springs, anti-lock brake module and sensors.

**FACTORY AIR CONDITIONING / HEATING / COOLING**
Compressor, compressor clutch and clutch bearing, compressor seals, condenser, evaporator, field coil and pulley, accumulator, radiator fan, fan clutch, fan motor, fan relay, radiator, heater core, blower motor, automatic temperature control unit.

**ELECTRICAL**
Alternator, cruise control, distributor assembly (includes distributor cap and rotor), heated back glass (electrical only - not glass damage or breakage), manually operated electric switches, power antenna motor, power door locks and retainer clips, relays, seat motors, power window motors/regulators, starter motor, voltage regulator, wiper motors, wiring harnesses and electronic ignition module.

---

## COMPREHENSIVE COVERAGE

**POWERTRAIN COVERAGE ABOVE + HIGH-TECH COVERAGE ABOVE + THE FOLLOWING:**

After the expiration of the new vehicle warranty and before the expiration of this extended service agreement, the selling dealer will, upon payment of the deductible amount per visit selected on the front of this extended service agreement, make any necessary mechanical repairs covered by original manufacturer's warranty for the covered vehicle.

---

**Manufacturer's Warranty Deductible (if applicable):** In the event of a breakdown of a component covered by the manufacturer's warranty any factory warranty deductible will be reduced to the deductible amount per visit selected on the front of this extended service agreement.

**WHAT IS NOT COVERED:** Any items not listed under the "What Is Covered" section of the specific plan selected on the front of this agreement. Incidental or consequential damages or loss caused by breakdown of components (or otherwise) including property damage, personal injury, inconvenience, loss of vehicle use, damage to a covered part by a non-covered part and damage to a non-covered part by a covered part. Also not covered:

Repairs covered by any manufacturer's warranty or manufacturer's emissions warranty on the covered vehicle (whether or not transferred with the vehicle), manufacturer's recall or factory bulletins, breakdowns of components caused by a defect the manufacturer has publicly announced it would correct, but which you failed to have corrected. We will not pay for costs covered by any warranty of the manufacturer, state required dealer warranty or a repairer's guarantee regardless of whether they honor such warranty guarantee. Commercial use is excluded and will void coverage under this extended service agreement. Repairs required because of collision, abuse, or operation without proper lubrication or coolant, road conditions, misuse, negligence, racing, accidents, fire, floods, riots, acts of God, vandalism, upset, theft, lack of reasonable and proper maintenance, abuse through towing or improper load capacity, vehicles used for snowplowing, abuse through continued operation of an impaired vehicle, or any other losses normally covered by casualty insurance. Alterations made by you which cause the vehicle to be out of compliance with the manufacturers specifications. Repairs beyond those required to correct the covered failure. Repairs of components which have been modified or added to the vehicle after purchase, any repairs on vehicles whose mileage has been altered or whose odometer has been tampered with, while owned by you. The total benefits payable under this extended service agreement shall not exceed the price paid for the vehicle. Repairs made outside the continental United States and Canada unless you obtain a written waiver from this condition from the Selling Dealer. Any manufacturer required maintenance expenses. Towing services associated with accidents or vandalism are excluded. Other expenses associated with travel arrangements, food, lodging and miscellaneous expenses are also excluded. Diagnostic fees for non-covered repairs. Damage caused by your failure to take, or cause to be taken reasonable precautions to prevent further damage when an apparent problem exists.

**Mechanical** - Service adjustments/cleaning, throttle body assembly (except injectors), filters, contaminated fuel/fluids, a/c recharge, battery/battery packs, battery cables, belts, hoses, brake shoes and pads, brake rotors and drums, exhaust system (including catalytic converters), light bulbs, sealed beams and lenses, manual clutch assembly, strut inserts, shock absorbers, spark/glow plugs and wires, squeaks and rattles, tires, tune-ups, wheel balance, wheel alignment, wheel studs and wiper blades. All fluids, lubricants, coolants and refrigerant (except in conjunction with a covered repair), shop supplies and hazardous waste fees. Repairs, retrofits, or replacement of components made solely to meet or maintain governmental emission standards.

**Exterior** - Service adjustments (glass and body parts), weatherstrip, metal, bumpers, body panels, door handles, hinges, glass, moldings, outside ornamentation, convertible or vinyl tops, paint, rust, sheet metal, sideview mirrors (glass and housing), air and water leaks, weatherstrip, wheel covers/ornaments and wind noise. Physical damage, alignment or bumper and body parts.

**Interior** - Buttons, carpet, trim, upholstery, door and window handles, knobs and rear view mirror (glass and housing). Non-factory installed theft deterrent systems, radar detectors, telephones, radios, CD/tape players, DVD/VCR players, TV's, graphic equalizers, speakers, navigational systems and related components.

**CANCELLATION: In the event the covered vehicle is repossessed, declared a total loss, or you elect to give notice of cancellation, this extended service agreement shall terminate.** In such event you or the lienholder shown on the front must submit immediately to the Selling Dealer in writing the following: the extended service agreement number, vehicle identification number, mileage, make and model of the vehicle. In determining the amount of any refund, the purchase price of the extended service agreement shall be multiplied by the greater of (A) the fraction obtained by dividing the total mileage added on the covered vehicle since the time of sale by the difference between the maximum miles covered and the vehicle mileage at the time of sale or (B) the fraction obtained by dividing the number of months the extended service agreement has been in effect since the time of sale by the difference between the maximum number of months covered under the extended service agreement and the number of months the vehicle was in service prior to the effective date of the extended service agreement. The difference between the number so obtained and the price of the extended service agreement, less a Cancellation Fee (as determined below), shall be refunded to you and/or the lienholder. In the event of repossession or total loss the lienholder will be the sole payee. If the extended service agreement is cancelled within sixty (60) days of your purchase of this agreement (the Initial Period) and no claims have been made under the agreement, the amount of the refund shall be equal to the full amount paid for this agreement. After the Initial Period, or if a claim has been made under this agreement, the amount of the refund shall be a pro-rata share of the selling price of the agreement as determined above. However, if you cancel the agreement during the Initial Period, no Cancellation Fee will be charged. Note: In the event this extended service agreement is properly transferred to an individual person purchasing your vehicle, this agreement may not be canceled by the new owner of the covered vehicle under any circumstance. **CANCELLATION FEE:** The Cancellation Fee is $50.00.

**TRANSFER OF VEHICLE OWNERSHIP: In the event you sell the covered vehicle, this extended service agreement shall terminate. You may apply for a transfer to the new owner.** Submit immediately (within fifteen (15) days of the change in ownership) to the Selling Dealer in writing, along with the Transfer Fee of $50.00, the following: the extended service agreement number, vehicle identification number, mileage, make and model of the vehicle, date of sale of the vehicle and the name and address of both yourself and the new owner of the covered vehicle. This extended service agreement may not be assigned separately from the covered vehicle, nor can it be assigned to a new or used car dealer or anyone other than an individual purchasing the vehicle for personal use. Copies of maintenance records on the covered vehicle must be obtained from the original owner by a new owner. To ensure coverage under the manufacturer's warranty and under this agreement, contact the Selling Dealer or an Authorized Dealer who is franchised by the manufacturer of the covered vehicle to assure transfer of the manufacturer's warranty. **NOTE:** In the event this extended service agreement is properly transferred to a new owner of the covered vehicle, this agreement may not be transferred by the new owner of the covered vehicle to any subsequent owner under any circumstance.

**RESPONSIBILITY FOR BENEFITS: ALL BENEFITS PROVIDED UNDER THIS AGREEMENT ARE SOLELY THE OBLIGATION OF THE SELLING DEALER. HOWEVER, THE SELLING DEALER'S OBLIGATIONS ARE INSURED BY VIRGINIA SURETY COMPANY, INC. IF THE SELLING DEALER FAILS TO PAY A VALID CLAIM WITHIN SIXTY (60) DAYS AFTER YOU HAVE FILED A PROOF OF LOSS COVERED BY THIS EXTENDED SERVICE AGREEMENT, THEN YOU MAY MAKE A DIRECT CLAIM AGAINST VIRGINIA SURETY COMPANY, INC., 175 W. JACKSON BLVD., CHICAGO, IL 60604-2615 AT (800) 527-3448.**

In the event the Selling Dealer does not perform or pay a covered claim: (1) Purchaser authorizes First Extended, as administrator, to collect on behalf of Purchaser unpaid repair claims which may be owed by the Selling Dealer; and (2) Should First Extended or Virginia Surety Company, Inc., pay or perform Purchaser's claim for Selling Dealer, then Purchaser, as a condition to such performance hereby gives an absolute assignment of his or her claims against the Selling Dealer.

***CUSTOMER NOTICE: SEE STATE GUIDELINES FOR DETAILS OF YOUR STATE'S SPECIAL NOTICES AND PROTECTIONS REGARDING YOUR CLAIMS AND OTHER RIGHTS PROVIDED UNDER THIS EXTENDED SERVICE AGREEMENT.**

FIRST EXTENDED SERVICE CORPORATION

EXTENDED SERVICE AGREEMENT

DOREEN P JODOIN
NAME

$0.00
DEDUCTIBLE

GARY ROME HYUNDAI, INC.
ISSUING DEALER

5982
PURCHASE MILEAGE

08/14/2011
PURCHASE DATE

100000
EXPIRATION MILEAGE

09/14/2021
EXPIRATION DATE

PLAN

K E E P S   Y O U   G O I N G



**Hyundai Motor America**
10550 Talbert Avenue
P.O. Box 20839
Fountain Valley, CA 92728-9937

HYUNDAI
NEW THINKING.
NEW POSSIBILITIES.

**INTERIM NOTICE**
We are currently preparing the remedy. We will notify you again when the remedy is ready.

# IMPORTANT SAFETY RECALL (INTERIM NOTICE)

This notice applies to your vehicle, VIN: █████████████

Dear Hyundai Sonata Owner:

This notice is sent to you in accordance with the requirements of the National Traffic and Motor Vehicle Safety Act. Hyundai has decided that a defect which relates to motor vehicle safety exists in certain model year 2011 through 2012 Hyundai Sonata vehicles equipped with 2.0 liter and 2.4 liter gasoline direct injection engines. Our records indicate that your vehicle is subject to this recall.

The purpose of this letter is to explain what the recall is about and to keep you informed of Hyundai's recall implementation plan. We are currently making preparations to implement the safety recall remedy. We will send you another notification when the remedy is available.

**What is the problem?**
- An investigation by Hyundai has determined that excess metal debris may have been generated from factory machining operations as part of the manufacturing of the engine crankshaft. This debris can be forced into the connecting rod oiling passages, restricting oil flow to the bearings and increasing the potential of premature bearing wear. A worn connecting rod bearing will produce a metallic, cyclic knocking noise from the engine which increases in frequency as the engine RPM increases. If the vehicle continues to be driven with a worn connecting rod bearing, the bearing can fail, and the vehicle could stall while in motion, increasing the risk of a crash.

**What should you do in the interim?**
- We appreciate your patience while we prepare the remedy. In the meantime, if customers notice an abnormal knocking noise from their engine, they are encouraged to seek service at their local Hyundai dealer as soon as possible.

You will receive a second owner notification letter when the remedy is available. For updated information regarding this Recall Campaign, please visit:

www.HyundaiUSA.com/Campaign132

To ensure your confidence in our product, Hyundai Motor America is extending the warranty of the engine "short block" assembly to 10 years from the original date of purchase, or 120,000 miles; whichever comes first. This warranty extension applies to both original and any subsequent owners.

**What if you have other questions?**

- If you require further assistance, you may contact the Hyundai Customer Care Center at 1-855-671-3059.

  If you believe that the dealer or Hyundai has failed or is unable to remedy the defect within a reasonable time, you may submit a complaint to the Administrator, National Highway Traffic Safety Administration, 1200 New Jersey Avenue S.E., Washington, D.C. 20590, or call the toll free Vehicle Safety Hot Line at 1-888-327-4236 (TTY: 1-800-424-9153), or go to http://www.safercar.gov.

**Reimbursement Notification**

- Hyundai has a program for reimbursing owners of model year 2011 through 2012 Hyundai Sonata vehicles equipped with 2.0 liter and 2.4 liter gasoline direct injection engines who paid to have the recall condition remedied prior to receiving this interim recall notification letter. To obtain information about reimbursement from Hyundai, please visit the website referenced above. The website will allow you to submit your request for reimbursement electronically.

If you are a vehicle lessor, federal law requires that any vehicle lessor receiving this recall notice must forward a copy of this notice to the lessee within ten days.

We urge your prompt attention to this important safety matter.

Hyundai Motor America

October 5, 2016

███████████████████

Shon Morgan
Defense Counsel
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

Eric Gibbs
Class Counsel
GIBBS LAW GROUP, LLP
505 14th St., Suite 1110
Oakland, California 94612

SUBJECT: Objection to Settlement
    *In re: Hyundai Sonata Engine Litigation*, No. 5:15-cv1685-BLF

      I hereby object to the subject settlement. Specifically, I object to the provision extending warranty coverage of the engine short block to 120,000 miles, but not extending the time for coverage past the 10-year period provided under the existing powertrain warranty.

      As of the time of this writing my car's odometer shows an accumulated 21,733 miles. Thus, so far, I have averaged less than 4,000 miles of use per year. At this rate I will accumulate less than 40,000 miles by the end of the 10-year period proposed in the settlement. Since I don't anticipate greater average mileage in the future, the settlement proposal puts me in no better position than did the original warranty.

      For this reason I propose that the warranty period be extended to at least 20 years. This time period will allow car owners like me to get reasonable use out of our automobiles without shouldering the risk of failure occasioned by unreliable engines.

      No other objections have been submitted by me or my attorney to any class action settlements in any court in the United States in the previous five years.

      I do not intend to appear, in person, or by counsel, at the final approval hearing. Below is the remaining required information:

          Telephone: █████████
          Model year: 2011
          Vehicle identification number: ████████████

Sincerely,

*Jeff Klotz*

Jeff Klotz

# LAW OFFICES

## **ARNOLD L. LEVEY**

Telephone ███████████                 ███████████████                 Facsimile ███████████

**November 7, 2016**

Shon Morgan
QUINN EMANUEL URQUHART &
SULLIVAN, LLP                                        **DEFENSE COUNSEL**
865 S. Figueroa St. 10th Floor
Los Angeles, California 90017

Eric Gibbs
GIBBS LAW GROUP, LLP                                 **CLASS COUNSEL**
50514TH Street, Suite 1110
Oakland, California 94612

**RE: OBJECTION TO SETTLEMENT in** *In Re: Hyundai Sonata Engine Litigation, No. 5:15-cv-1685-BLF* and intention to appear at Fairness Hearing

## OBJECTION

### Introductory Information

1. **Arnold L. Levey**
2. ███████████████████████
   ████████████████████████████████
3. ████████████████████████
   **Vehicle year model 2011, VIN #**
   ████████████████████████

4. **I have never objected, myself or through counsel,**

---

**4.  I have never objected, myself or through counsel, to any class action settlements submitted in any court in the United States.**

## Statement of Objection and Argument

I, as both a Hyundai owner and an attorney, strongly object to the Settlement because I believe that its approval would be neither in my best interest nor in the best interest of the other members of the class.  It is probably advantageous for the Defendant and, certainly, is good for the Plaintiff's counsel who brought this case and the Class counsel who both stand to recover substantial and, in my opinion, clearly excessive and unwarranted attorney's fees.

This proposed settlement is not only not very good, but almost useless to the members of the class and will compromise my rights and those of the other vehicle owners.  I realize I could exclude myself from the class but as I will later explain, this option would place me in a worse position than if the case had never been brought.

The lawsuit makes serious allegations, particularly in detailing mechanical deficiencies that could lead to catastrophic engine failure which is likely to manifest itself towards the end of the warranty period or shortly thereafter. It also claims that these deficiencies will lead to a great decrease in the value of the vehicle on resale. I was even told off the record that my insurance carrier had increased my premiums due to the vehicle's safety ratings.  This case should, after the settlement is rejected, proceed to either a trial or a more reasonable settlement that is in the best interest of the class members. New counsel should probably be brought in so that justice may be done.

The proposed settlement provides very little to the

class members. Hyundai has already informed us through a Recall Letter that it is prepared to make necessary repairs and modifications and even replace the engine, if warranted. The new engine would have a warranty attached to it so the extended warranty given in the settlement is really meaningless. I have had the opportunity to read the objection filed in a similar case (2:12-cv-08238-AWT-PJW)pending in the District Court for the Central District of California by Ninth Circuit Court Judge Alex Kozinski and his wife involving their Nissan, where they pointed out that the proposed settlement should not be based upon action that the Defendant had already taken; that this was nothing but past consideration. He said that even if the settlement had brought about the action already taken there was no new consideration and nothing to be gained by the settlement. In this case, we already have the engine recall available to the vehicle owners.

Extending the warranty for five years is basically of little value. I presume that the warranty will not be extended until some time after the settlement would be approved by the court (including any appeals which likely would be brought) so there will be a gap in warranty coverage during an extended period—the time frame when problems would be likely to arise. This makes it even less valuable. (My warranty coverage has recently expired because it has now been more than 5 years from the purchase date.

The other provisions in the proposed settlement are basically trivial and of little value to the vehicle owner. This includes paying for rental cars for the times when the vehicle is in for repairs.

**It is significant that the settlement gives the members of the class no monetary payment whatsoever, except for paltry amounts to be paid the named Plaintiffs, who almost certainly were recruited to bring this case which I claim is nothing more than a means to generate huge attorney's fees.**

I would have made my objections known before now if I had knowledge of this lawsuit at an earlier time, specifically before the preliminary approval process had been before the Court.

The Notice that was received by class members was defective and did not provide sufficient information for enough of the class members to realize how little they would receive as a result of the settlement. See *Phillips Petroleum Co. v. Shutts,* 472 U.S. 797,811-12 (1985). Further access to the settlement agreement itself was made very difficult due to technical problems in accessing the website on which the agreement was allegedly posted. Was this perhaps intentional?

I came very close to opting out of the class and then possibly pursuing my own case against Hyundai or at least maintaining the right to do so in the future (subject to statute of limitations issues of course). However considering the expenses inherent in bringing this type of case and the fact that the extent of my damages have not yet become apparent, I decided not to do this. Rather, as a member of the class, I expect the attorneys representing the class do their job and earn their fee rather than just negotiate a settlement that is in their financial interest and which totally ignores their fiduciary responsibility to me and the other members of the class.

While I believe these attorneys' fee requests are excessive considering primarily the results obtained in the settlement, focusing on this begs the main issue which is the fact that serious allegations were made—particularly the possibility of catastrophic failure of the vehicles; great loss of value; and substantial inconvenience. I do not want to see the discovery which has been done, as well as the time expended, wasted and not benefit the class members.

Although I have not yet exhaustively researched the legal issues in determining the fairness of a class action settlement, I have looked at the case of *Churchill Village, LLC v. General Elec. Co.* 169 F. Supp. 2d 1119 (N.D. Cal. 2000) for guidance on the factors to be considered in approving a settlement in this district. Based on these factors the settlement is not good for the class, particularly on what is achieved compared to what is alleged. The only possible question I have is the chances of success which I would attribute to attorneys who don't really care about pursuing the case and are only seeking their personal enrichment.

## Conclusion

I would like an opportunity to be heard at the Fairness Hearing and then I ask that the Court reject the Settlement and appoint new or additional class counsel to protect the interests of myself and the other members of the class. While I do have thoughts about what terms a fair settlement would contain, I realize that at this time the only issue is whether the settlement should be approved or rejected. It is clear to me that the proposed settlement must be rejected.

Thank you for your consideration.

Yours truly,

Arnold L. Levey

September 17, 2016


Eric Gibbs
Gibbs Law Group LLP
505 14th Street. Suite 1110
Oakland, California  94612


Mr. Eric Gibbs


I received a letter about the class action filing on the 2011-2014 Hyundai Sonata cars.  The car I
have is a 2012 Hyundai Sonata Turbo that I bought new.  The VIN number is ███
███████████████  My car has only 27,480 miles on it.  I have a 100,000 mile warranty by
Hyundai.  Also, I bought the extended warranty that covers all other problems that may occur
with my car for 100,000 that the Hyundai warranty does not cover.
When I bought this car, I plan on driving it for about 15years if possible.  The average miles I put
on my car is about 5,500 miles a year.  When my car becomes 10 years old, I will have only
about 65,000 miles or less on my car.  My car will be 15 years old before I have 100,000 miles
on my car.  This lawsuit will not help me at all.  This lawsuit should take in consideration on
how many miles are on the car at the present time.  If the car has 35,000 miles or less on it, then
give the car a 15 year warranty or 120,000 miles on the car and not 10 years and 120,000 miles.
Every individual does not drive 10,000 or more a year.  The reason I have low mileages on my
car is because I have four cars I drive.  I have an old car I drive as an everyday driver and in the
rain or snow locally.  I have another car I drive local and on short trips.  The Hyundai is driven
only on beautiful days, long trips and some locally.  It's driven about two to three times a week.
I'm trying to keep the mileage on my Hyundai at 6,000 miles a year.  I object to the settlement
unless it will give me a 15 year warranty on my car or 120,000 in 15 years.  The settlement
should make exception for the Hyundai Sonata owners with low mileage on their car.

Sincerely,

*Roger L. Love*

Roger L. Love

Name: Paralee Massie-Armstrong



Year/Make/Model: 2011 Hyundai Sonata



Settlement in Re: *Hyundai Sonata Engine Litigation,* No. 5:15-cv-1685-BLF.

I, Paralee Massie-Armstrong, owner of a 2011 Hyundai Sonata, VIN: ▮▮▮▮▮▮▮▮, **object** to the settlement proposed in Re: *Hyundai Sonata Engine Litigation,* No. 5:15-cv-1685-BLF. The lawsuit alleges that Hyundai sold Sonata vehicles with defective rotating assemblies; and, instead of notifying consumers, Hyundai concealed the problem and denied warranty coverage for failed engines.

Part of the agreement, Hyundai will provide reimbursement for past repairs and related costs. In addition, the settlement will provide compensation for trade-ins and sales of vehicles prior to 11/9/2015.

My concerns are outlined as follows:

**Concern #1:** I believe that the lawsuit does not adequately consider those who **did not** trade in their vehicles.

People who elected to keep their vehicles were told that engines were on back order and that they had not date to get an engine for the car. I was notified of the problem with my car in May 2015. An engine did not become available until January 2016. I could not drive the car because the dealership told me a rod was going to go through my engine (dangerous). So, while my car sat for 8 months, I made payments on my car and it continued to lose value. **Those consumers who elected not to trade in their cars before 2015 should be compensated for lost value.**

**Concern #2:** The time between when the notice was sent to consumers and the cutoff date to trade the car in under the settlement is not adequate.

The notification letter regarding the engine failure was November 2, 2015. The cutoff date in the settlement was November 9, 2015. How is 7 days enough time to decide should have traded in their car? **I believe that the time frame should be extended until sometime in 2017.**

**Concern #3:** I believe that the lawsuit does not consider those who were denied warranty claims and the dealership did not provide loaner vehicles.

As alleged by the lawsuit, the extended warranty company worked with Hyundai to deny claims. If a claim is denied by the extended warranty company, no rental car reimbursement is provided. I am a single mother to one child, the guardian for my sister at the time as well as providing support to my disabled mother. I could not afford to pay $30 a day for a rental car on top of the car note I had to pay in order to avoid a negative impact on my credit. I have provided proof that my adjusted gross income for

2015 was only $14,538; therefore I could not afford to get a rental car. **Those who elected not to rent a car because they didn't want to or couldn't afford to should not be penalized or excluded.**

**Concern #4:** I believe that Hyundai should be responsible for refunding consumers the amount that they paid if they elected to purchase an extended warranty.

If Hyundai worked with extended warranty companies to deny claims, what was the purpose of anyone even purchasing the extended warranty? **Those funds should be refunded to the consumer without question.**

**Concern #5:** I contend that the Sonata is defective.

According to Hyundai's website, the Sonata I purchased has been recalled two additional times: Campaign 123 and 136 in addition to the Engine Failure Campaign. **At which point does a manufacturer have to take responsibility for defective cars?**

**Concern #6:** Hyundai should be responsible for the inconvenience this has caused to their consumers.

My car sat at a certified Hyundai dealership, unused for 8 months, before the engine was fixed. I was not offered a loaner vehicle or any other modes of transportation. My sister, who used the car to get back and forth to two jobs, lost employment because she could not get to work in a timely fashion. Why should it be the consumer's responsibility to bear this inconvenience? Was it her fault she couldn't get to work? No. It was my fault because I bought a defective car whose engine failed before it even reached 100,000 miles. I know that I could not be the only one; my household cannot be the only household that experienced an extreme ripple effect due to the car not functioning as we expected. Hyundai should be responsible for making individuals whole: either by making up for lost wages, paying car notes, or granting a bigger settlement so that we can feel as if the lawsuit was adequately handled.

**Concern #7:** Cars sat for too long waiting for an engine to become available.

My car sat at a certified Hyundai dealership, unused for 8 months, before the engine was fixed. Because I could not drive the car and the dealership declined to maintain my car, even though it was parked on their lot, other things began to deteriorate on the car. According to an article from CNN, cars parked for "too long can develop a variety of problems" including leaking batteries, flat tires, and dried out seals. My fuel pump has since been replaced, the connection to my battery has deteriorated and now has to be replaced, I need new CV joints and a coupler in the steering column. A car is not meant to sit for long periods of time without being used. My car was not operable; and, even when I had the car shipped to me, the dealership refused to charge or give me a new battery or put gas in the car to start it. Now I am responsible for all of these subsequent failures on the car. Hyundai should share in that responsibility.


As stated, my objections are listed above. I **will not** appear in person or by counsel at the final approval hearing.


Paralee Massie-Armstrong                                    11/1/16

Paralee Massie-Armstrong                                    Date

3

**Form 1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** 2015 OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2015, or other tax year beginning , 2015, ending , 20 | See separate instructions.

Your first name and initial: Para L | Last name: Massie | Your social security number

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no. | ▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).

Foreign country name | Foreign province/state/county | Foreign postal code

Presidential Election Campaign — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. □ You □ Spouse

**Filing Status** — Check only one box.
1 □ Single
2 □ Married filing jointly (even if only one had income)
3 □ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☒ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 □ Qualifying widow(er) with dependent child

**Exemptions**
6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a . . . . . . . . |
b □ Spouse . . . . . . . . |
Boxes checked on 6a and 6b: 1
No. of children on 6c who: 1
c Dependents: (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions)
Daughter — ☒
Parent — □
• lived with you: 1
• did not live with you due to divorce or separation
Dependents on 6c not entered above: 1

If more than four dependents, see instructions and check here ▶ □

d Total number of exemptions claimed . . . . . . . . | Add numbers on lines above ▶ 3

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

7 Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 27,823.
8a Taxable interest. Attach Schedule B if required | 8a
b Tax-exempt interest. Do not include on line 8a | 8b
9a Ordinary dividends. Attach Schedule B if required | 9a
b Qualified dividends | 9b
10 Taxable refunds, credits, or offsets of state and local income taxes | 10
11 Alimony received | 11
12 Business income or (loss). Attach Schedule C or C-EZ | 12
13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ □ | 13
14 Other gains or (losses). Attach Form 4797 | 14
15a IRA distributions | 15a | b Taxable amount | 15b
16a Pensions and annuities | 16a | b Taxable amount | 16b
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 0.
18 Farm income or (loss). Attach Schedule F | 18
19 Unemployment compensation | 19
20a Social security benefits | 20a | b Taxable amount | 20b
21 Other income. List type and amount | 21
22 Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 27,823.

**Adjusted Gross Income**

23 Educator expenses | 23
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24
25 Health savings account deduction. Attach Form 8889 | 25
26 Moving expenses. Attach Form 3903 | 26 | 12,000.
27 Deductible part of self-employment tax. Attach Schedule SE | 27
28 Self-employed SEP, SIMPLE, and qualified plans | 28
29 Self-employed health insurance deduction | 29
30 Penalty on early withdrawal of savings | 30
31a Alimony paid b Recipient's SSN ▶ | 31a
32 IRA deduction | 32
33 Student loan interest deduction | 33 | 1,285.
34 Tuition and fees. Attach Form 8917 | 34
35 Domestic production activities deduction. Attach Form 8903 | 35
36 Add lines 23 through 35 | 36 | 13,285.
37 Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 14,538.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. BAA REV 12/30/15 Intuit.cg.cfp.sp Form 1040 (2015)



# Campaigns for your vehicle - 2011 SONATA 2.4L LIMITED

Refresh Date : Nov 04, 2016

Schedule Appointment

There are no open recall campaigns for the VIN.

**VIN#**

## Open Campaigns

| Campaign # | NHTSA Recall # | Description | Safety Risk | Remedy | Status | Campaign Date | Updated |
|---|---|---|---|---|---|---|---|
| CampaignTXX3 | | SONATA ENGINE EXTENDED WARRANTY | | | Extended Warranty | Apr 29, 2016 | |

## Closed Campaigns

| Campaign # | Campaign Type | Campaign Description | Completion Date |
|---|---|---|---|
| Campaign123 | Recall | SONATA SHIFT LEVER RECALL CAMPAIGN | Apr 28, 2015 |
| Campaign132 | Recall | SONATA ENGINE RECALL CAMPAIGN | Jan 22, 2016 |
| Campaign136 | Recall | SONATA STOP LAMP SWITCH STOPPER PAE RECALL CAMPAIGN | Aug 20, 2016 |



Hyundai is a registered trademark of Hyundai Motor Company. All rights reserved © 2016 Hyundai Motor America

Privacy Policy | Legal Notice

10-31-16

I am objecting to the settlement:

Hyundai Sonata Engine Litigation
No. 5:15-cv-1685-BLF

Velma Inez Miles



Hyundai Sonata

VIN #

Sonata GLS 2012

10-31-16

I am a 66 yr old female. I used my life savings to buy a 2012 Hyundai Sonata I have taken it in because it stalls when I pull out. I was told it is because I am holding my foot above the brake and a sensor thinks I want to brake.

I think Hyundai wants to get out of doing the right thing. They need to buy back the vehicles. I only have 28,000. miles on my Sonata. The 10 yr / 20,000 miles will do me no good. I already have 10 yrs 100,000. miles warranty I believe my car is at high risk to fail and hurt someone. I would not have purchased this car if I knew I had to worry each time I drive it. Please make them buy back the vehicles.

Thanks
Velma Mile

10/24/16

Defense Counsel

Quinn Emanuel Urquhart &
Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017

Class Counsel
Eric Gibbs
Gibbs Law Group LLP
505 14th Street, Suite 1110,
Oakland, California 94612

2012 Hyundai Sonata Engine Litig., No. 5:15-cv1685 (N.D. Cal.)

Vin#█████████████

Dear Attorney's

I'm sending this letter in regards to the Hyundai Class Action Settlement. I have had no claims to get reimburst for. The car was checked out by a local Hyundai dealer and no issues were found at this time. I do appreciate being offered another 25,000 miles on the warranty but, here is where I don't feel the settlement is fair. I have owned the car from new since 2012, and only have driven it 30,000 miles. It is my opinion, that the settlement should include the cars that will not have 125,000 miles on at the end of 10 years. It would be my opinion, that years should be added to the class action settlement to cover the cars that is not driven as much. For example, a car may be 10 years old and only have 60,000 miles, under this settlement owners of cars like this is not getting anything. I really think, that 3 or 4 years should be applied to read like this, 125,000 miles or 14 years extended warranty.

Sincerely,

*Dennis Miller*

Dennis Miller

██████████████████

Robert Neeley

████████████

Hyundai Sonata  Class Action Suit                                    Sept. 12, 2016

To Defense and Class Council,

   I object to the terms and settlement of this class action law suit!  I bought my 2013 Hyundai from an individual about one year ago.  When I bought it I did not realize the warranty on the vehicle would be reduced drastically from the 10 year 100,000 miles to 3 years 60,000 miles, this is an extreme rip off by Hyundai!  The vehicle only had 11,000 miles on it!  If the dealer had sold me this vehicle I would have the full protection of 10 years 100,000 miles!

   Now, you are asking me to accept a class action suit which extends the Powertrain Warranty to 120,000 miles.  I should have had the full warranty to begin with!  This Class **Action Suit is dealing with the possibility of death on the Highway when this engine seizes not just a mechanical failure!  The Court should order that Hyundai have a Recall Inspection on all of these know, possible failure Vehicles.  Each should be inspected and repaired to assure safe driving without engine failure!!**

   **I am placing a copy of this letter in my personal files in case you fail to correct this possible death situation, so my survivors can sue those failing to correct this dilemma!!  I pray that you will go back into Court and truly correct for all who are at risk driving these vehicles!!!**

   **I called Superior Hyundai today and asked if they would inspect my vehicle and they said only if I have known difficulties with my engine.**  I also asked if I had to respond to this Class Action and they said no, that I am covered up to 120,000 miles.

   **Please correct this Class Action to include Inspections off all concerned vehicles of this Class Action Lawsuit!**

Sincerely,

*Robert Neeley Sr.*
Robert Neeley Sr.

Copies:

Shon Morgan                                      Eric Gibbs
Quinn Emanuel Urquhart &             Gibbs Law Group LLP
   Sullivan, LLP                                   505 14th Street, Suite 1110
865 S. Figueroa At. 10th floor          Oakland, California 94612
Los Angeles, California 90017

Claims can be submitted electronically at sonataenginesettlement.hyundaiusa.com.

## CLAIM FORM – Six Steps to Make a Claim
*In re: Hyundai Sonata Engine Litig.*, No. 5:15-cv-1685 (N.D. Cal.)

**[1] Verify the below information is correct. If it is incorrect or missing, please provide the information in the spaces below:**

************AUTO**3-DIGIT 450
ROBERT NEELEY

T928 P1

First Name: `ROBERT`
Last Name: `NEELEY`
Address 1: ███████████████████████████████
Address 2:
City: ██████████████████ State: ████
Zip Code: ██████████

**[2] (Optional) - Please provide your email address:**

**Email:** ████████████████████████

If you choose to provide your email address, Hyundai will contact you about the settlement by email. If not, Hyundai will contact you about the settlement at the postal address above.

**[3] Please provide your Vehicle Identification Number ("VIN").** The VIN is located on a small placard on the top of the dashboard and is visible through the driver's side corner of the windshield. It also appears on your vehicle registration card and probably appears on your vehicle insurance card. Your VIN should have 17 characters, a combination of both letters and numbers.

**VIN:** ████████████████████████

**[4] Indicate the Reimbursement(s) You Are Claiming, The Amount of the Reimbursement You are Requesting, and Enclose The Required Documents**

☐ I AM REQUESTING REIMBURSEMENT FOR REPAIRS AT A HYUNDAI DEALERSHIP

Please provide the amount of the repairs for which you are requesting reimbursement: $

**Documentation:** Enclose a credit card receipt, receipt from the dealership, credit card statement, OR other document showing the amount that you (or a friend or family member) paid for the repair(s). (If you paid in cash and have no receipt, your signature on the reverse side of this claim form will constitute your attestation, under penalty of perjury, that you (or a friend or family member) paid for the repair in cash and do not have a receipt or documentation for the payment.

*For more information please view the Class Notice, call 1-844-317-9571 or visit sonataenginesettlement.hyundaiusa.com*

Claims can be submitted electronically at sonataenginesettlement.hyundaiusa.com.

☐ **I AM REQUESTING REIMBURSEMENT FOR REPAIRS AT A NON-HYUNDAI FACILITY**

Please provide the amount of the repairs for which you are requesting reimbursement:

$ ☐☐☐ . ☐☐

**Documentation:** Enclose a repair invoice or document that shows: (i) the repair type, (ii) the repair date, and (iii) the amount paid (e.g., credit card receipt, credit card statement, or bank statement).

☐ **I AM REQUESTING REIMBURSEMENT FOR RENTAL CAR / TOWING / OTHER COSTS INCURRED**

Please provide the total amount of rental car, towing, and/or other costs for which you are requesting reimbursement:

$ ☐☐☐ . ☐☐

**Documentation:** Enclose a receipt or document showing all of the below:
- What was purchased (e.g., a rental car or towing service)
- Date of purchase
- Amount paid (e.g., credit card receipt, credit card statement, or bank statement)
- The date and nature of the corresponding repair (not needed if the repair was performed at a Hyundai dealership)

☐ **I AM REQUESTING REIMBURSEMENT FOR A CLASS VEHICLE I SOLD OR TRADED-IN AFTER THE VEHICLE WAS DIAGNOSED AS REQUIRING AN ENGINE BLOCK REPAIR, BUT BEFORE THE REPAIR WAS PERFORMED**

- If you check this box Hyundai will contact you about your request for compensation.
- To potentially qualify for compensation your vehicle must have experienced an engine seizure, engine stall, engine noise, or illumination of the oil lamp that was diagnosed as requiring repair of the engine, but you sold or traded-in your vehicle before the repair was performed.
- For 2011 and 2012 model year vehicles the sale or trade-in must have occurred before November 9, 2015. For 2013 and 2014 model year vehicles the sale or trade-in must have occurred before September 28, 2016.
- If you have documents that you believe support your request for compensation, such as the repair facility diagnosis and paperwork showing what you received for your vehicle as a trade-in, providing those documents with this claim form may assist in the processing of your claim.

## [5] Sign & Date

The information on this form is true and correct to the best of my knowledge. I agree to participate in the settlement. I authorize any dealership that serviced my vehicle to release records to Hyundai to help pay my claim. To the extent I am seeking reimbursement for a dealership repair and do not have a receipt or other documentation for the corresponding cash payment, I attest under penalty of perjury that I (or a friend or family member) paid for the repair in cash and I do not have a receipt or documentation for the payment.

Signature: _Robert Neeley Sr._   Date: _9/12/2016_

**[6] Submit:** Email the completed form and the documentation to sonataenginesettlement@hmausa.com or mail it to P.O. Box 20840 Fountain Valley CA, 92728.

From:

Dmitriy Pavlov



10/31/2016

To:

Eric Gibbs

GIBBS LAW GROUP LLP

505 14TH Street, Suite 1110

Oakland, California 84612

I am writing to object to the Settlement in In re: Hyundai Sonata Engine Litigation, No.5:15-cv-1685-BLF. My name is Dmitriy Pavlov. I live at ███████████ ███████████████████ My phone number is ████████████ My 2014 Hyundai Sonata GLS has VIN # ███████████████

I believe that a correct settlement should include 2011-2014 Hyundai Sonatas with salvage rebuilt titles, except the cases when engine was damaged in an accident. As of right now Hyundai Motor America denyes any warranty coverage for rebuilt cars.

I formally object to this settlement as of today, October 31, 2016. I have not made any other objections to any class action settlements submitted in any court in the US in the previous 5 years. I do not intend to appear in person, but by counsel, Eric H Gibbs, and David Stein of Gibbs Law Group, LLP at the final hearing.


Sincerely,                    10/31/16

Dmitriy Pavlov

Jason E Pence



4 Nov 2016

Defense Counsel
Shon Morgan
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Class Counsel
Eric Gibbs
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110,
Oakland, California 94612

Gentlemen/Ladies:

I am writing in reference to my 2011 Hyundai Sonata, VIN ████████████████ This vehicle is within the range of affected vehicles for the NHTSA Recall Campaign 15V-568, and also falls within this Class Action Suit, *In re; Hyundai Sonata Engine Litigation* No. 5:15-cv-1685-BLF. I am objecting to this, because I feel I was incorrectly denied on my claim for reimbursement under this. Case/Claim # ████████

Facts:
The engine failed (seized up) suddenly on my 2011 Hyundai Sonata in January 2015, while on I-81. I had to have it towed 155 miles home, and had my mechanic replace the engine; both of which I paid for cash out of pocket. Copies of receipts attached.

I submitted a Claim through the Hyundai website on 10/13/2016 for reimbursement under this programme, and uploaded the documentation required. (Copies of tow receipt, engine replacement work order, and payment attestation).

Someone from Hyundai contacted my mechanic and asked about metal in the oil, to which he replied that yes there was metal in the oil. For whatever reason thereafter, my claim was rejected as "INVALID" according to the website. (Printout attached) . According to what I have read in the Settlement papers sent to me, and available online, "metal in the oil" is the cause of the sudden engine seizure at the root of this Litigation.

I have "appealed" through Hyundai's customer Care, Case #9684952, and am waiting for results of that. In the meantime, I am filing this Objection to preserve whatever rights I may need to, since I feel that:
-My engine failed, as many others under this litigation have
-I paid to replace the engine prior to this Settlement
-I feel my Claim was filed timely and applicable
-I feel that Hyundai rejected the Claim improperly.
-I am almost $7500 out of pocket to repair this issue, which should be covered under this Settlement and feel, although I have no proof, that Hyundai is intentionally rejecting Claims for work performed at independent repair facilities. There should be no reason that my claim for reimbursement should have been rejected as invalid.

Thank You,

Jason Pence

Claims can be submitted electronically at sonataenginesettlement.hyundaiusa.com.

## CLAIM FORM – Six Steps to Make a Claim
*In re: Hyundai Sonata Engine Litig.*, No. 5:15-cv-1685 (N.D. Cal.)

**[1] Verify the below information is correct. If it is incorrect or missing, please provide the information in the spaces below:**

```
********AUTO**ALL FOR AADC 201          T378 P1
JASON E PENCE
███████████████████████
```

First Name:
Last Name:
Address 1:
Address 2:
City:                                                    State:
Zip Code:

**[2] (Optional) - Please provide your email address:**

**Email:** ████████████████████████████

If you choose to provide your email address, Hyundai will contact you about the settlement by email. If not, Hyundai will contact you about the settlement at the postal address above.

**[3] Please provide your Vehicle Identification Number ("VIN").** The VIN is located on a small placard on the top of the dashboard and is visible through the driver's side corner of the windshield. It also appears on your vehicle registration card and probably appears on your vehicle insurance card. Your VIN should have 17 characters, a combination of both letters and numbers.

**VIN:** ████████████████████████████

**[4] Indicate the Reimbursement(s) You Are Claiming, The Amount of the Reimbursement You are Requesting, and Enclose The Required Documents**

☐ I AM REQUESTING REIMBURSEMENT FOR REPAIRS AT A HYUNDAI DEALERSHIP

Please provide the amount of the repairs for which you are requesting reimbursement:     $

**Documentation:** Enclose a credit card receipt, receipt from the dealership, credit card statement, OR other document showing the amount that you (or a friend or family member) paid for the repair(s). (If you paid in cash and have no receipt, your signature on the reverse side of this claim form will constitute your attestation, under penalty of perjury, that you (or a friend or family member) paid for the repair in cash and do not have a receipt or documentation for the payment.

*For more information please view the Class Notice, call 1-844-317-9571 or visit* sonataenginesettlement.hyundaiusa.com



(/SV0272Home)

# HYUNDAI SONATA CLASS ACTION SETTLEMENT CLAIM SITE

## SONATA CLASS ACTION SETTLEMENT CENTER CONTACT INFORMATION

P.O. Box 20840
Fountain Valley, CA 92728
844.317.9571 (tel:844-317-9571) | sonataenginesettlement@hmausa.com
(mailto:sonataenginesettlement@hmausa.com)

Additional Information

Long Form Notice (/resource/1471008945000/SV0272EnglishLong)
Long Form Notice (Spanish) (/resource/1471008946000/SV0272SpanishLong)
Claim Form (/resource/1471008945000/SV0272EnglishClaim)
Claim Form (Spanish) (/resource/1471008946000/SV0272SpanishClaim)
Court Documents (/SV0272Court)
Settlement Updates and Key Dates (/SV0272Updates)
FAQ (/SV0272FAQ)

## CLAIM STATUS

VIN: ▮▮▮▮▮

Claim Date: 10/13/2016

Claim Status: **Rejected, Invalid**

Claim Updated: 10/27/2016

Please allow six to eight weeks for processing. You will receive an automated email when your claim has
been reviewed. You may return to this website at any time to review your claim status. If you have any
further questions, please review the FAQ section.

## NEW THINKING. NEW POSSIBILITIES.

Hyundai is a registered trademark of Hyundai Motor Company. All rights reserved. © 2016 Hyundai Motor

America

Privacy Policy (https://www.hyundaiusa.com/privacy-policy.aspx)
Legal Notice (https://www.hyundaiusa.com/legal.aspx)

Jason E Pence



12 Oct 2016

Hyundai Motor Co
By upload
Re: Claim WB025303 - Request for Documentation

Gentlemen/Ladies:

I hereby confirm and attest that I paid both the bills, one for towing in the amount of $792.50, and the engine replacement bill in the amount of $6,705.37 in cash. This should be notated on both receipts as well.

If I can be of further assistance to you, please let me know.

Thank you for your attention and assistance in this matter.

Jason Pence

# L & L TRUCK REPAIR LLC
## PO BOX 15
## NEW MARKET VA 22844
## 866-FIX-SEMI
## 540-758-1662

October 28 2016

TO WHOM IT MAY CONCERN:

We installed a used engine in January 2015, in a 2011 Hyundai Sonata, VIN ███████████ for Mr Jason Pence. When this vehicle was towed in to us, the engine was seized up tight. Upon draining oil & other fluids, in preparation for R&R of engine, there was metal noted in the oil stream. The failed engine also was damaged enough from the seizure that it was not eligible for a core charge return.

If you have any questions, please feel free to call me at the above number.


MATT LINSKI
OWNER/MECHANIC

# VALLEY TOWING

**AAA**
23 Bonny View Lane
MOUNT JACKSON, VA 22842
Phone (540) 477-9510
Woodstock (540) 459-8881

PD
CA$H

## TOWING REPORT

**OWNER**
NAME *Jason Pence*
ADDRESS
CITY               STATE        ZIP
PHONE

**PAY METHOD**
☒ CASH
☐ CHECK #
☐ CREDIT CARD
☐ ON ACCOUNT

DATE/TIME *10 Jan 2015*  ☐ AM ☐ PM  REQUESTED BY *owner*

MILEAGE BEFORE TOW *116076*

YEAR *11*  MAKE/MODEL/COLOR *Hyun Sonata*

DRIVER ▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆ ED TO *L+L Repair*

|  | SERVICE TIME | EXTRA TIME |
|---|---|---|
| FINISH | FINISH | FINISH |
| START | START | START |
| TOTAL *155 miles* | TOTAL | TOTAL |

☐ SLING/HOIST TOW   ☐ FLAT TIRE
☐ WHEEL LIFT        ☐ OUT OF GAS
☒ FLAT BED/RAMP     ☐ WRECK
☐ START             ☐ RECOVERY
☐ LOCK OUT          ☐

**SPECIAL EQUIPMENT**
☐ SINGLE LINE WINCHING
☐ DUAL LINE WINCHING
☐ SNATCH BLOCKS
☐ SCOTCH BLOCKS
☐

I HAVE BEEN ADVISED THAT MY VEHICLE MAY BE DAMAGED IF WINCHED, TOWED, UNLOCKED OR LEFT ON UNATTENDED PREMISES. I RECOGNIZE THE DIFFICULTY INVOLVED AND I AGREE NOT TO HOLD THE TOWING SERVICE RESPONSIBLE FOR SUCH DAMAGE SHOULD IT RESULT.

SIGNATURE OF CAR OWNER OR AGENT                          DATE

**VEHICLE WILL NOT BE RELEASED UNTIL TOWING SERVICE IS PAID.**

REMARKS

| | |
|---|---|
| MILEAGE CHG. | 697 50 |
| TOWING CHG. | 95 |
| LABOR CHG. | |
| STORAGE CHG. | |
| SUBTOTAL | |
| TAX | |
| **TOTAL** | *792 50* |

SIGNATURE OF TOW OPERATOR                DATE

AUTHORIZED SIGNATURE                      DATE

I/D/E/A inc., Caldwell, ID 83605-6999 • CALL TOLL FREE 1-800-635-9261 • Item No. FR 1978

# L & L Truck Repair LLC
24 Hour Road Service
P.O. Box 15, New Market, VA 22844
866-FIX-SEMI
540-758-1662

**COMPANY:** Jason Pence

**ADDRESS:**

**CITY, STATE, ZIP:**

**DRIVERS NAME:**

**PHONE:**

**FAX:**

**PHONE:**

MATERIAL: ALL PARTS NEW UNLESS SPECIFIED. [U]USED R-REBUILT RC-RECONDITIONED

| QTY. | PART NO. | NAME OF PART | PRICE |
|---|---|---|---|
| 1 | 9250 | Air Filter | 21.55 |
| 1 | 1334 | Oil Filter | 7.35 |
| 1 | 48508 | Thermostat | 46.39 |
| 1 | 38496 | t/stat gasket | 2.6 |
| 1 | 25110-3500 | w/pump water pump | 275.- |
| 1 | 251247 | w/pump gasket | 8.93 |
| 1 | 25170 | | |
| 1 | 24375-2500 OFControl | | 2.02 |
| 1 | Used by Used Engine | | 3625.- |
| 1 | Core Engincore | | 400.- |
| 3 | Anti Antifreeze | | 45.3 |
| 45 | 0184 Eng Oil | | 20.25 |
| ✓ | Shop Supplies | | 15 |
| | | **TOTAL PARTS** | 5171.29 |

## CUSTOMER'S INFORMATION

**RECEIVED (DATE & TIME):** Jan 15, 2015   A.M. / P.M.   **PAYMENT METHOD:** CASH

**PROMISED (DATE & TIME):**   A.M. / P.M.

**YEAR • MAKE • MODEL:** 2.011 Hyundai Sonata

**UNIT #**

**MOTOR #**

**LICENSE NO.**   **ODOMETER:** 161,076 miles

**WRITTEN BY**

Vehicle Towed in stalled while driving.
Found Engine to be seized up. Installed
Used Engine (90 Day Warranty). Installed
New water pump & Thermostat + oil Flou valve.
Core unusable due to engine damage from
Seizure. Real tested after install, no
leaks + ops check normal.

PAID
CASH
Jan 20, 2015

**AUTHORIZED BY**

| | |
|---|---|
| LABOR ONLY | 1260.- |
| PARTS | 5171.29 |
| TIRE DISPOSAL FEE | |
| STORAGE FEE | |
| TAX | 274.08 |
| **TOTAL** | 6705.37 |

You are entitled by law to the return of all parts, except those for which there is a core charge, unless you agree otherwise by initialing the following. ____ I do not desire the return of any of the parts that are replaced during the authorized repairs.

Estimate: good for 30 days. Not responsible for damage caused by theft, fire, or acts of nature. I authorize the above repairs, along with any necessary materials. I authorize you and your employees to operate my vehicle for the purpose of testing, inspection, and delivery at my risk. An express mechanic's lien is hereby acknowledged on the above vehicle to secure the amount of the repairs thereto. If I cancel repairs prior to their completion for any reason, a tear-down and reassembly cost of $ _____ will be applied.

SIGNED _____

DATE 1.15.2015

## MECHANICS RECOMMENDATIONS

Estimated cost $ _____   Estimate Charge _____   Basis for Charge _____

PLEASE READ CAREFULLY. CHECK ONE OF THE STATEMENTS BELOW, AND SIGN:
I UNDERSTAND THAT, UNDER STATE LAW, I AM ENTITLED TO A WRITTEN ESTIMATE,
INCLUDING A COMPLETION DATE, IF MY FINAL BILL WILL EXCEED $100. ($50 IN MD)

____ I REQUEST A WRITTEN ESTIMATE. THE FINAL BILL MAY NOT EXCEED THIS ESTIMATE WITHOUT MY WRITTEN APPROVAL.

____ I DO NOT REQUEST A WRITTEN ESTIMATE, AS LONG AS THE REPAIR COSTS DO NOT EXCEED $ _____. THE SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY WRITTEN OR ORAL APPROVAL.

____ I DO NOT REQUEST A WRITTEN ESTIMATE.

* Checked lines apply (Preparer must check at least one):
This charge represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies or waste disposal. This amount includes a charge of $ _____ which is required under _____ law.

November 4, 2016

Eric Gibbs — Class Counsel
Gibbs Law Group LLP
505 14th S Street, Suite 1110
Oakland, California 94614

I am objecting to the settlement in In RE: Hyundai Sonata Engine Litigation, No. 5:15-cv-1685-BLF.
As requested I am including the following information:

Mitchell Pitkoff

████████████████████████████████

Car Model – 2011 Sonata Limited
VIN – ███████████████    ENGINE – ████████████
Purchase date – June 01, 2010

OBJECTION:

As stated in the recall notice sent by Hyundai Motor Company an engine defect may cause stalling, engine noise or oil illumination in certain 2011 2.4 liter direct injection engines. I am the owner of an early production vehicle that falls into the recalled model.

On February 14, 2016 I brought my car to Millennium Hyundai and complained about abnormal noise emanating from the engine. The technician was unable to duplicate my concern. But they replaced the dipstick and rod assembly under the 132 Y engine inspection- TSB #15-01-048. I was told to add additional oil and only use high quality oil. I was not presented with any computer or diagnostic test results.

On August 13 , 2016 I again brought my car to Millennium Hyundai for the same noises, buzzing and vibrations from the engine. The technician was unable to duplicate my concern.

On August 27, 2016 I brought my car to Millennium Hyundai again for the same engine noises. This time the technician claimed that the noise was the result of a fuel tube bracket.

My car still has noises emanating from the engine at all different RPM ranges. I have lost faith in the Hyundai Motor Company and am not comfortable in driving this vehicle. I currently own a 2015 Sonata LTD and a 2015 Elantra GT. They do not present with any of the noises that my 2011 Sonata engine has.

Giving me an extended warranty for additional mileage does not give me peace of mind and security against a mechanical engine breakdown which can result in an accident and/ or serious bodily injury to me or any passengers. Allowing me to continue to drive a car that may have a defect due to improper procedures in production of the engine block is unacceptable. The idea that it can stall or seize without any warning is quite frightening and frankly, my family has refused to use the car.

I have attempted to sell the car privately. Any prospective buyers have questioned the recall and procedure to add additional oil. I have not been able to sell the car and it sits in my driveway. The car presently only has 64,000 miles on it.

Would I like to play Russian roulette? No.

Would I like to drive a car that potentially can result in an accident or even cause a death? No.

Again, I do not want the extension of the Power train warranty as it does not protect me from a potential incident or accident.

I have included copies of the service sheets from Millennium Hyundai for the above mentioned service calls.

I wish to be represented by Mr. Eric Gibbs and the Gibbs Law Group.

Mitchell Pitkoff
11-04-2016



# ) HYUNDAI   2011 SONATA LIMITED   Fuel Economy, Safety, Design, and Technology

**NY075**
I-HYUNDAI
I-FOURTH STREET
E. NY 117060000

PORT OF ENTRY:
COLOR: Pacific Blue Pearl
MODE OF TRANSPORT: Truck
ACCESSORY WEIGHT: 16 lbs.

SHIPPED TO: **NY075**

MA

This label has been affixed to this vehicle by Hyundai Motor America, pursuant to the requirements of 49 U.S.C. 1231 et seq., which prohibits its removal or alteration prior to delivery to the ultimate purchaser.

## PART CONTENT INFORMATION

FOR VEHICLES IN THIS CARLINE: U.S./CANADIAN PARTS CONTENT: 41 %
MAJOR SOURCES OF FOREIGN PARTS CONTENT: Korea 58 %

arts content does not include final assembly, distribution, or other non-parts costs.

FOR THIS VEHICLE:
FINAL ASSEMBLY POINT: Montgomery, Alabama U.S.A
COUNTRY OF ORIGIN: ENGINE: U.S.A.
TRANSMISSION: Korea

---

## EPA Fuel Economy Estimates

MPG

**2**

13

range
in years
MPG

Combined Fuel Economy
This Vehicle ▼26
All Large Cars 25

Estimated
**Annual Fuel Cost**
**$1,501.00**
based on 15,000 miles
at $2.60 per gallon

HIGHWAY MPG
**35**
Expected range
for most drivers
28 to 41 MPG

Your actual
**mileage will vary**
depending on how you
drive and maintain
your vehicle

See the Free Fuel Economy Guide at dealers or at www.fueleconomy.gov

---

## STANDARD FEATURES:
### AMERICA'S BEST WARRANTY

### ADVANCED SAFETY TECHNOLOGY

### POWERTRAIN TECHNOLOGY

### COMFORT & CONVENIENCE

Protect the environment; choose vehicles with higher scores:

Global Warming Score   7
Cleanest 1 ────── 10

Smog Score   5
Cleanest 1 ────── 10

113  C  MA1201004                    2

---

## GOVERNMENT SAFETY RATINGS

Manufacturer's Suggested Retail Price: $25,295.00

### ADDED FEATURES:

**Navigation Package** ......... $3,100.00

Inland Freight & Handling: $720.00
**TOTAL PRICE:** **$29,360.00**

| | | |
|---|---|---|
| **Frontal** | Driver | Not Rated |
| | Passenger | Not Rated |
| **Side** | Crash | Not Rated |
| | Front seat | Not Rated |
| | Rear seat | Not Rated |
| **Rollover** | | Not Rated |

Source: National Highway Traffic Safety Administration (NHTSA)

www.safercar.gov or 1-888-327-4236

Objection to settlement in Hyundai Sonata Engine Litagation,No.5:15-cv-1685-BLF

Vincent L. Preston



2014 Hyundai Sonata VIN

I object to the proposed settlement for the following reasons :

1   There is no preventive action required of Hyundai to deter the identified fault from occurring. Thus, the car owner is faced with the possibility of a potential failure and accident occurring at any time. This is extremely dangerous for all Sonata owners and families.
2   The warranty extension is insufficient. The 10 years is no extension for new car owners, like myself, since the car was warranted for 10 years when purchased. The mileage extension is only 20,000 miles to 120,000 miles which is ridiculous for a car that could be serviceable for 200,000 miles or more . Thus, if this design flaw causes a failure at 121,000 miles, the owner is liable for all repair costs which are quite high.
3   The value of this car has now been depreciated since the auto industry and potential future buyers will be aware of this design flaw. Many people will stay away from purchasing affected Sonatas.
4   The Hyundai brand has been negatively affected by this design flaw.

I would propose the following as a more just settlement:

1   Hyundai repair all affected Sonatas now before a failure and/or accident occurs.
2   If item 1 is not accomplished that the mileage limit be extended to UNLIMITED
3   Hyundai reimburse all owners of affected vehicles an amount equal to the reduction in value of the vehicle, due to this known design flaw, based on current year and mileage.

Thank you for the opportunity to comment on this serious problem and potential resolution.

Copies   Shon Morgan

Quinn Emanuel Urquhart &

Sullivan, LLP

865 S. Figueroa St, 10th Floor

Los Angeles, California   90017


Eric Gibbs

Gibbs Law Group LLP

505 14th Street, Suite 1110

Oakland, California   94612


Vincent L. Preston

9/24/2016

Dear Sirs,   9/21/16

I object to the settlement in re: Hyundai Sonata Engine Litigation ,No 5:15 –CV-1685 BLF.

According to page 5 of the settlement information package,reference is made to the effect
on the fair market value of the class vehicle if sold before repairs during a certain timeframe.

I still own my car and have not had it repaired yet. I believe it is only fair to compensate people
who still own their car and not just people who sold or have already traded in their car for loss of
fair market value. I do not understand while my vehicle's fair market value would not be affected the
same way as vehicles that were previously sold or traded.

I received an e-mail which is attached that says I am not entitled to any reimbursement.

I own a 2012 Hyundai Sonata 2.4 liter gasoline direct injection engine.

VIN #█████████████

I have never objected to any class settlement nor have I had anyone object to a settlement on my
behalf in the previous five years. I do not attend to appear.

Thank you,

Craig Rabinowitz

████████████████████████

## Compensation If You Sold or Traded-In a Class Vehicle

If, before November 9, 2015 for 2011 and 2012 model year vehicles, or September 28, 2016 for 2013 and 2014 model year vehicles, your Class Vehicle (i) experienced an engine seizure, engine stall, engine noise, or illumination of the oil lamp diagnosed as requiring repair of the engine block, and (ii) you sold or traded-in the Class Vehicle without first procuring the recommended repair, you may receive compensation for any effect on fair market value of the Class Vehicle that resulted.

The amount of compensation will be based on the sale or trade-in transaction as a whole (among other considerations). The vehicle's maintenance history or lack thereof before the repair diagnosis will not be a basis for denying or limiting compensation under this section, however (excepting limited exceptional neglect circumstances).

To be considered for compensation, submit a claim using the Claim Form. Instructions are provided in section 10 below. After you submit your claim, you will be contacted by Hyundai Motor America and advised of the process for Hyundai Motor America to evaluate your transaction and propose compensation. If you are unhappy with the proposal, you can elect telephone arbitration through the Better Business Bureau ("BBB").

### Informational Pamphlet

The Settlement provides that HMA will distribute an informational pamphlet to Class Members that provides further recommended guidance on the maintenance of the engines in the Class Vehicles and that reminds Class Members of the available inspections and repairs.

**From:** no-reply <no-reply@sonataenginesettlement.com>
**To:**
**Subject:** Hyundai Sonata Class Action Settlement Claim – No Reimbursable Expenses Listed
**Date:** Wed, Sep 14, 2016 8:58 am

Dear Craig Rabinowitz:

Thank you for submitting a claim related to the Hyundai Sonata Class Action Settlement. Your claim did not indicate any reimbursable expenses, and therefore no payment will be issued. If you need to resubmit your claim to request expense reimbursement, you may do so by starting a new claim at https://sonataenginesettlement.hyundaiusa.com.

If you take no further action, the following policy remains in place:

Hyundai Motor America has extended the Powertrain Warranty for your vehicle. The extension of the warranty will cover the engine short block assembly consisting of the engine block, crankshaft and bearings, connecting rods and bearings, and pistons for 10 years and 120,000 miles (whichever comes first) from the original sale or lease of your vehicle. The 10-year / 120,000-mile extension of the warranty continues even if the vehicle is sold.

If you have any more questions or require further clarification, please do not hesitate to contact us at **844.317.9571** or claims@sonataenginesettlement.com and reference claim **WB010390**.

Sincerely,

Hyundai Motor America

September 26, 2016

Eric Gibbs
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, California 94612

In Re: *Hyundai Sonata Engine Litigation*, No. 5:15-cv-1685-BLF

I, Samantha L Raffield, am writing as a Sonata owner to object to the terms of the Settlement In Re: *Hyundai Sonata Engine Litigation*, No. 5:15-cv-1685-BLF.

**Full Name: Samantha Louise Raffield**
**Address:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Phone:** ▮▮▮▮▮▮
**Model Year: 2012 Hyundai SLI 4D Sonata**
**VIN:** ▮▮▮▮▮▮▮▮▮▮

**STATEMENT OF OBJECTION**

Underlined: First, I object to the terms of the Settlement because no accommodation is given for those who purchased an extended warranty. The same settlement terms are given to those with and without extended warranties. I feel one of these two additional options should be provided for those people who purchased an extended warranty:

1. Reimbursement for a reasonable portion of the extended warranty cost OR
2. An extension of the settlement to 12 years AND 140,000-160,000 miles

Second, I object to the terms of the Settlement as Hyundai has previously denied issues with these motors, even after the lawsuit was filed. I have taken my vehicle in both before and after and asked them about the noise to no avail. Nothing has been done to date and I wonder how we are to trust that they will fix the issue when they have not to date despite my efforts. I feel an unbiased third party repair center should be available to customers if they feel Hyundai is not being forthright in fixing the vehicle.

Third, I object to the terms of the Settlement as Hyundai has not explicitly stated what the source of the issue is that is causing the seizure, stalling, noise, or oil light illumination thus making it difficult for the owner to determine if it could have negative effects on the long block. In addition, if makes it difficult for the owner to ensure appropriate repairs are completed. We are being asked to depend on Hyundai's good faith efforts when they have done nothing to date but deny the repairs to date at local dealerships.

It is not my intention to appear in court however Class Counsel may use my letter as they see fit to ensure the Classes interest are best met.

*Samantha L Raffield* (L.S.)                    09-26-2016
Samantha L. Raffield                             Date of Objection

# THE LAW OFFICE OF CATHERINE T. JOHNSON



10/21/2016

<u>**VIA USPS DELIVERY ONLY**</u>
Shon Morgan
Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa St. 10ᵗʰ Floor
Los Angeles, CA 90017

Eric Gibbs
Gibbs Law Group, LLP
505 14ᵗʰ St. Suite 1110
Oakland, CA 94612


      RE:   Notice of Objection to Class Action
            Rachel Marie J. Ray ███████████
            Address ████████████
            Vin No. ████████████


Dear Mr. Morgan and Mr. Gibbs,

     My client Ms. Rachel Ray would object to the class action settlement for the following reason:

Her Hyundai vehicle has not yet suffered an engine defect that caused seizure, stalling, noise or oil light illumination. Her vehicle could have a latent impairment that has not yet manifested. If damage occurred in the future after the settlement period, repair would not be covered under this settlement; For this reason she objects.

Please note her objection to the settlement.

                    Very truly yours,

                    Catherine Johnson, Esq.

Shon Morgan
Quinn Emanuel Urquhart v Sullivan LLP
865 S Figueroa, 10th Floor
Los Angeles California 90017
Stephanie Joyce Roberts ███████████
███████████████████████  1' Sonata
2014 Vin # ███████████████████████
███████████████████████

The settlement so far has only given
me a warranty.
ID like to give you my point of view
I will be 77 yrs old in a few weeks.
I am very upset to be having this Sonata
as part of my only transportation to care
for my needs as getting to store or pharmacy
or to Doctors when you know in back of your
mind theres something present in this vehicle
that could make it stall out again whenever
your driving it.
When it was doing it as I told Hyundai
service department I can't have a car
like it was doing (stalling out) cause
some one like myself is called a senior
citizen and to have a vehicle stall out
just like that while your driving is
very alarming.

The Thing is I KNEW NOTHING ABOUT THIS
CLASS ACTION WHEN I BOUGHT THIS CAR
IN 2015 AT HYUNDAI AT THE AUTO MALL
NO ONE IN THIS ESTABLISHMENT EVER TOLD
ME ABOUT IT.
THEN WHEN I TOOK THE CAR IN AFTER THE
ENGINE LIGHT WAS GOING ON AND THE CAR
KEPT STALLING ON AND OFF WHILE DRIVING
IT. I TOOK IT IN.
YOU WILL NOT BELIEVE WHAT THEY FIRST TOLD
ME. WE PUT IT THRU INSPECTION AND
FOUND NOTHING WRONG WITH IT. THAT THE
CAR SHOWED NO PROBLEM. I TOLD THEM
I CANNOT DRIVE THIS CAR WHEN ITS
STALLING LIKE THIS, THERES GOT TO BE
SOMETHING WRONG. THE DIAGNOSTICS ARE WRONG.
THEY WENT BACK AND THEN CAME BACK TO DESK
SAYING THEY DIDN'T SEE ANYTHING BUT THEY
WILL CHANGE A PART ANYWAYS. THEY TOLD
ME I WOULD HAVE TO GET A RENTAL CAR
FOR A COUPLE OF DAYS. I SAID I WILL STAY
HERE WHILE YOU FIX IT I CAN'T AFFORD
A RENTAL. THE MAN LEFT FOR BACK
THEN CAME BACK AND SAID OUT OF A
GOODWILL GESTURE WE'LL PAY FOR THE RENTAL.
I AGREED THEN.

When I picked my car up they waived the cost of repair and I did not pay for the rental, copy of both transactions enclosed. This just shows me now that someone in that dealership knew about the class action but never said a word to me.

Starting in about Febuary 2016 I started getting letters from dealers wanting to buy my car back (one copy enclosed) I got several letters like this. I was wondering whats wrong with my car getting all these letters, I asked my grandson to see if he could look up anything about 2014 Sonatas and he told me there's a class action suit for it. Since then Im very nervous about driving this car. I don't feel safe in it.

What I want to say is I can't believe first of all that the dealership would never even going to tell me about this action - I would of never bought this car but also when they finally decided to service the problem they still didn't tell me.

This car may be unsafe to drive. Who knows

IM CERTAINLY UNHAPPY ABOUT ALL THIS.
WHEN YOU DRIVE A CAR YOU WANT TO
BE AS SAFE AS POSSIBLE.
I SURE HOPE THE REPURATIONS YOU
DECIDE ON WILL BE FAIR OTHER THEN
JUST A WARRANTY. NO ONE KNOWS BUT
THE PERSONS DRIVING THIS CAR CAN BE
SO SCARED.
I AM WRITING THIS TO LET YOU KNOW
HOW THIS HAS AFFECTED ME AND WHY
THESE CARS THEMSELVES SHOULD HAVE
BEEN RECALLED AND TRASHED.
PLEASE USE YOUR FAIR JUDGEMENT TO
HELP ALL OF US GET PROPER REIMBURSEMENT
FOR THIS LEGAL CASE

Thanking you

Stephanie Joyce Roberts

## CLAIM FORM – Six Steps to Make a Claim

*In re: Hyundai Sonata Engine Litig.*, No. 5:15-cv-1685 (N.D. Cal.)

**[1] Verify the below information is correct. If it is incorrect or missing, please provide the information in the spaces below:**

***********AUTO**5-DIGIT 95207          T695  P1
STEPHANIE J ROBERTS

First Name:

Last Name:

Address 1:

Address 2:

City:                                                                                          State:

Zip Code:

**[2] (Optional) - Please provide your email address:**

Email:

If you choose to provide your email address, Hyundai will contact you about the settlement by email. If not, Hyundai will contact you about the settlement at the postal address above.

**[3] Please provide your Vehicle Identification Number ("VIN").** The VIN is located on a small placard on the top of the dashboard and is visible through the driver's side corner of the windshield. It also appears on your vehicle registration card and probably appears on your vehicle insurance card. Your VIN should have 17 characters, a combination of both letters and numbers.

VIN:

**[4] Indicate the Reimbursement(s) You Are Claiming, The Amount of the Reimbursement You are Requesting, and Enclose The Required Documents**

☐ I AM REQUESTING REIMBURSEMENT FOR REPAIRS AT A HYUNDAI DEALERSHIP

Please provide the amount of the repairs for which you are requesting reimbursement:          $

**Documentation:** Enclose a credit card receipt, receipt from the dealership, credit card statement, OR other document showing the amount that you (or a friend or family member) paid for the repair(s). (If you paid in cash and have no receipt, your signature on the reverse side of this claim form will constitute your attestation, under penalty of perjury, that you (or a friend or family member) paid for the repair in cash and do not have a receipt or documentation for the payment.

*For more information please view the Class Notice, call 1 844 317 0571 or visit sonataenginesettlement.hyundaiusa.com.*

Claims can be submitted electronically at sonataenginesettlement.hyundaiusa.com.

☐ **I AM REQUESTING REIMBURSEMENT FOR REPAIRS AT A NON-HYUNDAI FACILITY**

Please provide the amount of the repairs for which you are requesting reimbursement:

$ [ ][ ][ ] . [ ][ ]

**Documentation:** Enclose a repair invoice or document that shows: (i) the repair type, (ii) the repair date, and (iii) the amount paid (e.g., credit card receipt, credit card statement, or bank statement).

☐ **I AM REQUESTING REIMBURSEMENT FOR RENTAL CAR / TOWING / OTHER COSTS INCURRED**

Please provide the total amount of rental car, towing, and/or other costs for which you are requesting reimbursement:

$ [ ][ ][ ] . [ ][ ]

**Documentation:** Enclose a receipt or document showing all of the below:
- What was purchased (e.g., a rental car or towing service)
- Date of purchase
- Amount paid (e.g., credit card receipt, credit card statement, or bank statement)
- The date and nature of the corresponding repair (not needed if the repair was performed at a Hyundai dealership)

☐ **I AM REQUESTING REIMBURSEMENT FOR A CLASS VEHICLE I SOLD OR TRADED-IN AFTER THE VEHICLE WAS DIAGNOSED AS REQUIRING AN ENGINE BLOCK REPAIR, BUT BEFORE THE REPAIR WAS PERFORMED**

- If you check this box Hyundai will contact you about your request for compensation.
- To potentially qualify for compensation your vehicle must have experienced an engine seizure, engine stall, engine noise, or illumination of the oil lamp that was diagnosed as requiring repair of the engine, but you sold or traded-in your vehicle before the repair was performed.
- For 2011 and 2012 model year vehicles the sale or trade-in must have occurred before November 9, 2015. For 2013 and 2014 model year vehicles the sale or trade-in must have occurred before September 28, 2016.
- If you have documents that you believe support your request for compensation, such as the repair facility diagnosis and paperwork showing what you received for your vehicle as a trade-in, providing those documents with this claim form may assist in the processing of your claim.

## [5] Sign & Date

The information on this form is true and correct to the best of my knowledge. I agree to participate in the settlement. I authorize any dealership that serviced my vehicle to release records to Hyundai to help pay my claim. To the extent I am seeking reimbursement for a dealership repair and do not have a receipt or other documentation for the corresponding cash payment, I attest under penalty of perjury that I (or a friend or family member) paid for the repair in cash and I do not have a receipt or documentation for the payment.

Signature: _Stephanie Joyce Roberts_   Date: _10-4-16_

## [6] Submit:
Email the completed form and the documentation to sonataenginesettlement@hmausa.com or mail it to P.O. Box 20840 Fountain Valley CA, 92728.



**NEW THINKING.
NEW POSSIBILITIES.**

Premier Hyundai of Tracy
3480 Naglee Rd. Tracy, CA 95304 (209) 284-1765
www.tracyhyundai.com

From the desk of:
Tony Pappas

Dear Stephanie,

We need to buy back your Hyundai. The manufacturer has tasked us with purchasing 50 used Hyundais by July 31st and your car qualifies for the program. Regardless of condition we can pay you **up to 20% ABOVE Kelley Blue Book Fair Trade-in Value.**

Stephanie, because of our need for such a quick transaction and the potential inconvenience to you, I am willing to offer you a brand new Hyundai of your choice at incredible 4th of July specials & incentives all month long.

Please call us today at (209) 284-1765 so we can reserve your place among the 50 cars we need to acquire.

Sincerely,

*Tony Pappas*

Tony Pappas
General Manager
(209) 284-1765

115977

*INVOICE*

**Stockton Hyundai**
2979 Auto Center Circle
Stockton, CA 95212
T (209) 662-6400 F (209) 662-6401
StocktonHyundai.com

STEPHANIE ROBERTS

**HYUNDAI**
NEW THINKING.
NEW POSSIBILITIES.

PAGE 1

SERVICE ADVISOR:  80116 RONALD M LEONARDINI

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/ OUT | TAG |
|-------|------|-----------|-----|---------|-----------------|-----|
| RED DK | 14 | HYUNDAI SONATA | | | 37113/37144 | T289 |

| IN SERV. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---------------|------------|-----------|----------|--------|------|---------|-----------|
| 04JUL15 DD | | | WAIT 09OCT15 | | | CASH | 15OCT15 |

| R.O. OPENED | DATE CUST. NOTIFIED | OPTIONS: | SOLD-STK:PR1156 ENG:2.4_Liter_DOHC |
|-------------|---------------------|----------|-----------------------------------|
| 09:29 09OCT15 | 11:54 15OCT15 | TRN:AUTO | |

```
LINE OPCODE TECH TYPE HOURS                           LIST      NET    TOTAL
A CHECK ENGINE LIGHT ON - CHK AND ADVISE CUSTOMER STATES COMES ON WHEN
      ECO ON WITH TRACTION CONTROL LIGHT AND STALLS
CAUSE: HISTORY CODE 2118
      CEL CHECK ENGINE LIGHT ON - CHK AND ADVISE
           108    W   0.90                                                (N/C)
        1 35100-2G700 BODY ASSY-THROTTLE                                  (N/C)
        1 28312-2G700 GASKET-THROTTLE BODY                                (N/C)
CHECKED AND FOUND CODE P2118 THROTTLE ACTUATOR PERFORMED DIAG FOUND
VERIFIED STALLING ISSUE IN SHOP REMOVED AND REPLACED THROTTLE BODY RE
TESTED OK
        ***************************************************************
B PERFORM HYUNDAI MULTI POINT INSPECTION
CAUSE: PERFORMED MULTI-POINT INSPECTION RESET TIRE PSI TO FACTORY SPECS
      MPI PERFORM HYUNDAI MULTI POINT INSPECTION
           108    C   0.00                               0.00      0.00
PERFORMED INSPECTION
        ***************************************************************
C** CUSTOMER HAS BEEN INFORMED THAT THERE IS NO RENTAL COVERAGE AND THE
      SUPPLIED RENTAL IS BEING SUPPLIED AS GOODWILL GESTURE ONLY .
      GWRENTAL CUSTOMER HAS BEEN INFORMED THAT THERE IS
           NO RENTAL COVERAGE AND THE SUPPLIED RENTAL
           IS BEING SUPPLIED AS GOODWILL GESTURE ONLY .
           99    W   0.00                                                 (N/C)
      PROVIDED GOODWILL RENTAL
        ***************************************************************

EST: 0.00            09OCT15 09:29  SA: 80116
```

DISHONORED CHECK NOTICE:
IF YOU ARE PAYING THIS INVOICE BY CHECK, CALIFORNIA LAW PROVIDES, IN PART, THAT WHEN AN INDIVIDUAL FAILS TO PAY A DISHONORED CHECK IN CASH WITHIN THIRTY (30) DAYS OF DEMAND FOR PAYMENT, HE/SHE SHALL BE LIABLE FOR THE AMOUNT OWING UPON THE CHECK, IN ADDITION TO TREBLE DAMAGES (THREE TIMES THE AMOUNT OF THE CHECK), BUT IN NO CASE LESS THAN ONE HUNDRED DOLLARS ($100) NOR MORE THAN FIVE HUNDRED DOLLARS ($500), PLUS THE COST OF MAILING THE WRITTEN DEMAND. I UNDERSTAND THAT IF MY CHECK IS DISHONORED FOR ANY REASON, I WILL BE SUBJECT TO THE ABOVE DAMAGES.

CHECK NUMBER_____

CUSTOMER SIGNATURE

X

ORIGINAL ESTIMATE:

$

AUTHORIZED REVISED ESTIMATE:

$

I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF AN INCREASE IN THE ORIGINAL ESTIMATE PRICE.

CUSTOMER INITIAL

X_____

I ACKNOWLEDGE RECEIPT OF VEHICLE AND I HAVE RECEIVED A COPY OF THIS INVOICE.

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS DISCOUNTS | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 0.00 |

**ENTERPRISE RENT-A-CAR COMPANY OF SACRAMENTO, 3158 AUTO CENTER CIRCLE
#F1, STOCKTON, CA 952122839 (209) 473-7744**

**RENTAL AGREEMENT**    **REF#**
800660                  2JKD48

**RENTER**
ROBERTS, STEPHANIE

**DATE & TIME OUT**
10/09/2015  12:31 PM
**DATE & TIME IN**
10/15/2015  01:41 PM

**BILLING CYCLE**
24-HOUR

**VEH #1 2016 CHEV IMPL 1LT**
VIN#
LIC#
MILES DRIVEN  36

**BILL TO ACCOUNT**
STOCKTON HYUNDAI**
ATTN:  LEONARDINI, RON
2979 AUTO CENTER DRIVE
STOCKTON, CA 95212

**CLAIM INFO**
15735
SHOP:  STOCKTON HYUNDAI
PHONE:  (209) 662-6400
ATTN:  UNKNOWN

**SUMMARY OF CHARGES**

| Charge Description | Date | Quantity | Per | Rate | Total |
|---|---|---|---|---|---|
| TIME & DISTANCE | 10/09 - 10/15 | 6 | DAY | $27.52 * | $165.14 |
| REFUELING CHARGE | 10/09 - 10/15 | | | | $0.00 |
| | | | | **Subtotal:** | **$165.14** |
| **Taxes & Surcharges** | | | | | |
| SALES TAX | 10/09 - 10/15 | | | 9% | $14.86 |
| | | | | **Total Charges:** | **$180.00** |
| **Bill-To / Deposits** | | | | | |
| **STOCKTON HYUNDAI**** | | | | | |
| TIME & DISTANCE | 10/09 - 10/15 | 6 | DAY | | |
| REFUELING CHARGE | 10/09 - 10/15 | | | | |
| SALES TAX | 10/09 - 10/15 | 1 | PERCENT | 9% | |
| | | | | **Subtotal:** | **($180.00)** |

**Total Amount Due**                                          **$0.00**

**PAYMENT INFORMATION**
**AMOUNT PAID        TYPE              CREDIT CARD NUMBER**

* The "Rate" has been calculated to exclude taxes and/or surcharges which are included in
the rate, resulting in a rounded "Rate". The "Total" is correct, however "Rate" multiplied by
"Quantity" may not equal "Total".

September 8, 2016

Hyundai Sonata Engine Litigation NO. 5:15-cv-1685-BLF

**Defense Counsel**
Quinn Emanuel Urqhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor Los Angeles, CA 90017

**Class Counsel**
Eric Gibbs
Gibbs law Group LLP
505 14th St. Suite 111
Oakland, CA 94612

To whom it may concern,

After receiving my notice about the 2011-2014 Hyundai class action settlement, I decided to write to the court stating why I object to Hyundai Sonata Engine litigation, NO. 5:15-cv-1685-BLF.

**I view this class action settlement as nothing more than a victory for Hyundai. It is telling Hyundai to honor their warranty. Hyundai has publicly said they have the best warranty and has gained a larger share of the market because of it. They did not honor their warranty and stuck the public with cars that are inferior. This is not a fair settlement. All Hyundai owners should be given a cash settlement or a buyback. Additionally Hyundai should be fined for their arrogance. You are supposed to be representing the individual Hyundai Sonata owners, but in reality you seem to be representing Hyundai Corporation.**

My car has now been tainted and will always be known as a "suspect car" because of the unreliable engine. This settlement shows that Hyundai is admitting the engine could be a problem. When I go to trade it for another car, all automotive sales people will know that this car's engine can fail. I will then be given a lesser amount for my car because of this fact. I will not sell it privately to anyone because I would be in essence selling them a car that could be damaged. When I decide I want a new vehicle, I will be forced to trade in my tainted car and receive less money because automotive people will know about Hyundai Sonata's problems. **The settlement in fact will publicize this fact.**

Why do I have to absorb Hyundai's manufacturing mistake. It could cost me thousands. Hyundai should take responsibility for the suspect engine in my car. To fulfill their obligation, **Hyundai should offer a buy-back, credit toward a new car, or a cash settlement.**

In closing I would not have bought this car had I known about this problem that Hyundai did not address. I certainly would not have bought my wife a second Hyundai Sonata in 2015 had I realized that Hyundai's integrity is questionable. Prior to receiving this settlement action, I expected to keep the car, accumulate low mileage and receive a fair trade in value for the car when I decided to buy a new one. This will not happen due to the engine reliability problems.

This settlement gives me little satisfaction because I have never in my life kept a car for 100,000 miles. My 2013 Hyundai Sonata which has 15,500 miles as of 9/7/2016 has no need for the extended

warranty. I average less than 5000 miles a year. It does not affect me because I will not ever get to 100,000 miles.

This settlement does not take into account that my car's value has depreciated because of the engine unreliability. **My car has lost value and I should be compensated with either a buy back, credit toward a new car, or cash settlement.**

I will not get my own lawyer and waste my money fighting a large corporation. I do not have the resources to do so. Since this settlement seems pre-approved, **my intention is to tell everyone through a letter writing campaign and my internet connections about how Hyundai has in effect sold cars with an engine defect (metal shavings in the engines) to an unsuspecting public. I will write these letters to the newspaper, automotive publications, Consumer Reports and anyone who will help spread this story.** They did this for 4 years. This settlement will in effect be my proof. Why would anyone want to buy a 2011-2014 Hyundai Sonata? Matter of fact, why would anyone want to take a chance on Hyundai's questionable integrity!

Upset with this sham of a settlement,

James F Robinson



2013 Hyundai Sonata

PS   Since the outcome has been pre-determined
     I will not waste my time going to the hearing!!

PPS   Case number ▮▮▮▮▮ (To Hyundai—I own a 2013 Hyundai Sonata not an
      Azera as you incorrectly think)

Defense Council, Shon Morgan

Class Counsel, Eric Gibbs

Hyundai Sonata Engine Litigation, No. 5:15-cv-1685-BLF

To Whom It May Concern:

The problem our middle class family has with adding a 20,000 mile extended warranty to resolve an issue that Hyundai is full aware of with a problem of metal pieces being left in engine is:

1.  We bought the car planning on kit it much longer than 120,000 miles
2.  Even if we wanted or were able to trade it we will be the people getting a lesser value for this car because Hyundai is trying to bail out with a solution of 20,000 extra miles and it's unacceptable to us.

Now we have a worry on our minds by Hyundai's part, not ours what do we do. We don't want another car payment this car is almost paid for. We want what we always wanted. A car that we could drive without worrying about the motor needing replaced because of negligence from the factory building the car. Our options at this point is trade and take on a new long term car payment, drive it and worry and hope for the best if it goes out at 121,000 miles and then sell it for scrap metal.

You see this is a problem that is the responsibility for Hyundai to relieve from us. It was their fault and liability to produce a car and we bought this car new not knowing of this. We want our motor replaced, they look at it and told us it should be alright. We were hoping to get and should get 200,000 miles out of this car. I don't feel like the response should be alright is acceptable.

All we ask is replace what is or very well is affected and be done with it. Any help would be greatly appreciated with this. It is a burden to our family. It puts worry on us that is clearly Hyundai's responsibility. I'm not even going to get into the fear of driving it down the interstate hoping it does not fail and my family is hurt or killed because of Hyundai's negligence. Do the right thing Hyundai and replace our motor.

Thank you    *Hilda J. Rudder*

Hilda J. Rudder

Address

████████████████████████████████████

cc: Hyundai Corporate Office, Hyundai of Cool Springs

CK INTERNAL

Greg Shaw

████████████

Sept. 20, 2016

Subj: Hyundai Sonata Engine Litigation, No. 5:15 -CV-1685-BLF

Shon Morgan
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Gentlemen,

I own a 2013 Hyundai Sonata, ████████████████ This car was purchased in
approximately Jul 2013. It currently has only 12582 miles driven.

I wish to exclude myself from this litigation. There are a number of reasons.

1) The settlement will not add any warranty to this car as we are using only 3000 miles/year.
2) The mailing doesn't define the cause of the engine failure so as to be able to make an
intelligent decision on the remedies proposed.
3) The dealers are unaware of any engine check they are doing to prove there is no defect. On
2011 and 2012 they are listening to the engine, buy nothing for 2013/2014: especially if it is to
be done by Dec 2016. You need an on-going check every year to see if there is a problem; not a
one and done.

Please submit to judge. This solution doesn't address my issues: only 3000 miles per year.
Problems arise in 40,000 to 60,000 mile range: per internet.

If we have a problem within the new 120,000 mile warranty I'll contact you. I don't expect to
have to. I own a Grand Marquis with 230,000. If you take care of a good engine it lasts. I take
care of mine. I thought I purchased a Hyundai with a good engine. That was the deal. If you
know what is causing the engine failures, please contact me. Local maintenance at Hyundai
thought it was machining chips left in the engines. I'm looking forward to buying a G80 or G90
in two years. I love your line-up.

Thank you.

Sincerely,

Greg Shaw

Karen Starr-Brady

███████████████████████

Shon Morgan
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

Eric Gibbs
Gibbs Law Group, LLP
505 14th Street, Suite 1110
Oakland, California 94612

September 30, 2016

Re: Hyundai Sonata Engine Litig., No. 5:15-cv-1685-BLF     VIN: ████████████     2012
Sonata     OBJECTING TO THE SETTLEMENT

To Whom It May Concern,

This letter serves as my official notice I am not satisfied with the suggested settlement pertaining to the above matter.   Your settlement is suggesting an extended vehicle warranty.  I no longer own my vehicle, so that would not work for me.  i think those who no longer own their Sonata should be awarded the cash value of the suggested extension of power-train warranty.  Had I been aware of this pending litigation and a possible extended warranty as settlement,  I may have reconsidered trading in my vehicle.

I have no documents to include with this letter.  No other objections have been submitted by myself or any attorney on my behalf pertaining to this or any other class action settlements submitted in any court in the United States as of Friday, September, 30, 2016, and in the previous five years that I am aware of.

Sincerely,

Karen Starr-Brady

9/24/16

Objecting to In re: Hyundai Sonata Engine Litig.,
No. 5:15-CV-1685 (N.O. CAL)

Philip Storace                                    phone: ███████

███████████████████████████████

Dear Counsel Members;
    I am a member of the Settlement Class. I own a
2012 Hyundai Sonata w/ 2.4L engine with 38,100 miles.
Vin # █████████████████
    At this time and mileage the engine seems to be
opperating normally. I'm writing you to object to
the 10 year time line of settlement. My car is
almost 5 yrs old and has only 38,100 miles on it.
    I would like to request extending settlement
to 12 years / 120,000 miles.
    I have no previous objections to any class
settlements in the past five years.

        Thankyou
        Sincerely
        Philip Storace
        ████████████████

November 7, 2016


The Honorable Judge Freeman
United States District Court for the Northern District of California
Courtroom 3, San Jose Courthouse
280 South 1st Street
San Jose, CA 95113

Attorney Shon Morgan
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

Attorney Eric Gibbs
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, California 94612

Mr. Mark Sullivan
███████████████

Dear Judge Freeman:

I object to the Hyundai Sonata Engine Litigation, No. 5:15-cv-1685-BLF on the grounds that the current diagnostics that Hyundai is using to detect the engine defect is inadequate. I am NOT excluding myself from the settlement. I have made no other objections. I do not intend to appear.

Statement of Objection:

My 2011 Sonata GLS ████████████████████ is burning 3 quarts of oil every 5,000 miles. At 25,000 miles, the vehicle did not burn oil. The problem has grown progressively worse and the automatic transmission sometimes shifts roughly. Excessive oil burning can be linked to the same defect alleged in this class action suit that can cause engine seizure, stalling, and engine noise. I am concerned for the safety of my family while operating the vehicle.

I request that the problem be resolved as part of the suite or that I be reimbursed for a new engine.


Respectfully,

_Mark Sullivan_  11/7/2016

Mark Sullivan
███████████████

# JAMES ANTHONY VENTURA

November 8, 2016

Your Honor:

I am a member of this class but I am unclear exactly what to do. The attorneys involved sent out notifications, and paperwork described a claim form which I completed and sent in, but then I am told that unless there was specific damages to request reimbursement for, the claim form is unnecessary. I contacted the attorney involved, but they have not connected for explanation beyond the clerical staff, who insist that unless I've paid monies or incurred verifiable damages, that there is no point to my claim. In my case, Hyundai paid for an engine overhaul and all expenses for the rental cars, etc., and has extended in some fashion the power train warranty etc., and so I am somewhat reimbursed for the actual damages.

What puzzles me is that they believe that this is the sum total of our damages.

As anyone can imagine, there is an amazing amount of aggravation involved in the pursuit of solutions to these kinds of matters. Time, inconvenience, etc., not to mention that now there is a "new" engine, but, as one example, an "old" transmission connected to it, which I'm told will eventually fail because of this mismatch. Now, I am not trying to offer up here in this letter some new cause of action, etc. - I am simply trying to find out - is this lawsuit SOLELY about the actual reimbursable damages as clerical staff is claiming? I could see certain circumstances whereby it might benefit certain parties to limit the number of claims - so I seek your commentary or advice as to where to search properly for more information. Email response from one of your staff would suffice, as I trust you to be an unbiased party in the matter. I am sorry the attorney could not complete the contact and answer the question for me, so I wouldn't have to bother you.

Specifically therefore:

1) I submitted a claim, which they called me to state was invalid because there were no reimbursables. Need I do anything else to be included in the class?
2) Will there be some additional reimbursement coming out of this particular action which I might consider fair compensation for my troubles in the matter, or do I need to consider the option of opting out of the class and seeking my own remedies?

Thank you in advance for your swift response.

James A. Ventura

R.E. Broker's Lic. (CA) █████████
NMLS ID █████████
Architect Lic. (NV) # █████████

CC: Girard Gibbs, LLP (via regular mail)