**Exhibit A**

1. Altemos, Erin B. (MD)
2. Alvarez-Braxton, Jamey & Alvarez, Lupe (CA)
3. Alvernaz, Eulalia (CA)
4. Amore, Marcie E. (OH)
5. Anderson, Alayna Simone (PA)
6. Anderson, Paul M. (FL)
7. Andrews, Joshua (TX)
8. Applegate, David R. (FL)
9. Aramburo, Abigail (AZ)
10. Armstrong, LeRoy E. (FL)
11. Arsenault, Ronald C. (MA)
12. Bacon, John (MD)
13. Baer, Regina & Jerry (MO)
14. Bailey, Constance (AR)
15. Ballesteros, Miguel (CA)
16. Banks, Marquita R. (AL)
17. Barganier, Tonya (FL)
18. Barton, Anne M. (NY)
19. Bautista, Victor Chavez & Garcia, Victor Chavez (CA)
20. Baxter, Anita (TX)
21. Bei, Richard (NY)
22. Bei, Tanner (CA)
23. Bell-Wright, Rachelle K. (CA)
24. Berber, Mariana R. (CA)
25. Bertrand, Anthony (LA)
26. Bettag, Brian (IN)
27. Bocchi, Curtis (MN)
28. Bostick, Christopher (NY)
29. Bourne, David (NH)
30. Brady, Raymond D. (FL)
31. Brewster, Howard (GA)
32. Brooks, Daniel J. (SC)
33. Brooks, Darlene (NY)
34. Brown, Letha Mae (PA)
35. Burke, Donald (CA)
36. Calamas, Mary (AL)
37. Callahan, Mary Louise (FL)
38. Cappa, Beniamino (PA)
39. Carter, Timothy (MO)
40. Carvelli, Tina (NV)
41. Casas, Jeannette (CA)
42. Castaneda, Sara M. (CA)
43. Caston, Sandra A. (ME)
44. Cervantes-Juarez, Silvia (CA)
45. Chapman Jr., Richard E. (CA)
46. Clevenger, David Odell (PA)
47. Clifford, Eugene Joseph (FL)
48. Cohen, Janice (FL)
49. Collins, Judith (PA)
50. Conant, Bertha (CA)
51. Cook, Clyde A. & Margit G. (TX)
52. Cook, Jonathan Michael (CA)
53. Cooper, James D. (KS)
54. Cordero, Anthony P (CA)
55. Cox, Charles W. & Laura A. (CA)
56. Creditt, Kathy M. (VA)
57. Crump, Vicki M. (GA)
58. Curcio, Louis Salvatore (NJ)
59. Curtis, Jean F. (MA)
60. Darchuk, Vasiliy (CA)
61. Davidowicz, Joan A. (MA)
62. Davis, Johnell (TX)
63. De Mauex, Lorraine (FL)
64. Diggs, Barbara A. (OH)
65. DuBocq, James & Kathy (TN)
66. Dugas, Cindy Kathleen (LA)
67. Dukette, Sandra A. (TX)
68. Ege, Marion L (NY)
69. El-Assri, Alexis & Hassan (PA)
70. Eng, Dennis (CA)
71. Estes, Debra (GA)
72. Evans, Michele (PA)
73. Everett, Cherie L. (MD)
74. Fantroy, Sharon D. (TX)
75. Fernholz, Angelica L. (MN)
76. Fields, Dana (NJ)
77. Filomeno, Daren (NH)
78. Fiox, Charity (CA)
79. France, Camille Joseph (LA)
80. Freeman, Pamala J (CA)
81. Frierson, Charles (PA)
82. Fruge, Marion Michelle (TX)
83. Garcia, Alvesa (CA)
84. Garcia, Jr., Luis (FL)
85. Garner, Roger P. (OH)
86. Gierl, David Charles (PA)
87. Goldman, Christine & Jette, David (CA)

| | | | |
|---|---|---|---|
| 88. | Goldman, Philip S. (MA) | 134. | Manriquez, Cristhian (CA) |
| 89. | Gomez, Celina (FL) | 135. | Martin, Kathleen & Mervin (CA) |
| 90. | Gooden, Wadiya (PA) | 136. | Martin, Robert (PA) |
| 91. | Gravdahl, Theresa Marie (ND) | 137. | Martinez, Beatrice (TX) |
| 92. | Grullon, Andres R. & John A. (IL) | 138. | Matz, Ina (MI) |
| 93. | Gutierrez, Stephanie (CA) | 139. | Mauldin, Rick (AZ) |
| 94. | Hammer, Joshua (KY) | 140. | McLean, Natalie (TX) |
| 95. | Harris, Victoria E. (VA) | 141. | McSwain, John D. (OH) |
| 96. | Herzog, William F (TX) | 142. | Michalski, Casmir (PA) |
| 97. | Hill, Kathleen (FL) | 143. | Mihan, Herbert & Viktoria (GA) |
| 98. | Hinds, Lonnie (CA) | 144. | Milner, Charles & Patricia (TX) |
| 99. | Holden, Robert G. (NC) | 145. | Mingus, Keith M (IN) |
| 100. | Hooks, Ralph L. (AL) | 146. | Mirchandani, Madura (NJ) |
| 101. | Howard, Alfred, Gwen (IL) | 147. | Mitchell, Harry A. (PA) |
| 102. | Howard, Jerry Allen (VA) | 148. | Mitchell, Rita Y. (OH) |
| 103. | Hyland, Jerry (TX) | 149. | Morris, Mary (CA) |
| 104. | Jain, Arun (CA) | 150. | Mosely, Clara Joyce (GA) |
| 105. | Jalil, Fouad (NY) | 151. | Mund, Carly (CA) |
| 106. | Jang, Keun Young & Colleen (CA) | 152. | Nevarez, Rogelio & Socorro, Maria (IL) |
| 107. | Jinks, Ruby R. (AL) | | |
| 108. | Johnson, Dorlita (NC) | 153. | Nguyen, Nelson (CA) |
| 109. | Jones, Agnes (AL) | 154. | Nolan, Kevin (CT) |
| 110. | Jones, Natasha Vivian (PA) | 155. | Nwaba, Devon (MD) |
| 111. | Jordan, Rickey & Sandra (LA) | 156. | Only, Robert J. (NJ) |
| 112. | Jun, Julie (CA) | 157. | Orraj, Curtis F. (AZ) |
| 113. | Jung, Tai Suk (CA) | 158. | Paraskeva, Dean (CA) |
| 114. | Karkhanehchin, Shohreh (Fatemeh) (CA) | 159. | Parham, Karen G. (GA) |
| | | 160. | Parker, Mallory Jean (FL) |
| 115. | Kass, Zita D. (CA) | 161. | Patterson, Barbara C. (TX) |
| 116. | Kim, Justin (CA) | 162. | Patterson, Marita A (IL) |
| 117. | Kim, Yongmin (CA) | 163. | Pearson, Craig (VA) |
| 118. | King, Lauryn (CA) | 164. | Pena, Ronald (CA) |
| 119. | Kinsella, Michael K. (SC) | 165. | Pendergraft, James Curtis (CA) |
| 120. | Komada, Stephen P. (NJ) | 166. | Pepper, Michael (CA) |
| 121. | Krause, Kay (PA) | 167. | Perreault, Kim Eva (AZ) |
| 122. | Kroontje, Dayleen & Marilyn (WA) | 168. | Perry, Ronald (VA) |
| 123. | Kropfeld, Lise T. (SC) | 169. | Perry, Steven & Tammy (CA) |
| 124. | Landcaster, Hugh A. (FL) | 170. | Pierce, Susan Smith (FL) |
| 125. | Lee, JungYoo (CA) | 171. | Pigney, James & Michele (FL) |
| 126. | Leffler, Ambre Dawn (AZ) | 172. | Pittenger, Joseph Mestayer (LA) |
| 127. | Lengel, David J. (PA) | 173. | Pollard III, James S. (FL) |
| 128. | Linebrink, Richard J. (TX) | 174. | Prange, Betty (FL) |
| 129. | Logrono, Miguel (NY) | 175. | Presayzen, Yakov (MA) |
| 130. | Lorenzo, Peter John (NY) | 176. | Pride, Samantha (GA) |
| 131. | Lynn, Christopher T. (PA) | 177. | Prizzi, Ciro & Carol (NY) |
| 132. | Lyons, Jacqueline W. (NY) | 178. | Ptasinski, Janine (IL) |
| 133. | Malone, Odis (TX) | 179. | Quick, Kay L. (CA) |

| | | | |
|---|---|---|---|
| 180. | Ramirez, Jennifer (CA) | 223. | Uhl, Lothar J. (FL) |
| 181. | Ratliff, Sr., David & Ann (WI) | 224. | Undesser, Gary (MN) |
| 182. | Reeves, Edward J. (KS) | 225. | Veguez, Rosa (FL) |
| 183. | Robinson, Joshua Daniel (AR) | 226. | Ward, Jerome D. (NY) |
| 184. | Roby, Deborah (FL) | 227. | Webster, William (CA) |
| 185. | Rocchio, Lauren (PA) | 228. | Wedeking, Dixie G. (SC) |
| 186. | Roles, Walter M. (WI) | 229. | Weisenstein, Larry (NJ) |
| 187. | Roskelly, Robert & Deborah (CA) | 230. | Wessel, Sandra M. (OH) |
| 188. | Russell, David A. (FL) | 231. | West, Marilyn (CA) |
| 189. | Russell, Donovan William (NY) | 232. | White, Bryan & Patricia (CA) |
| 190. | Rutledge, Angelina D. (CA) | 233. | White, Ryan L. (KS) |
| 191. | Sample, Larry R. & Jeanne (MO) | 234. | Whitson, Paul (FL) |
| 192. | Sanchez, Antonio (CA) | 235. | Wilson, Eileen A. (FL) |
| 192. | Sanchez, Armando (TX) | 236. | Wilson, Eunice (CA) |
| 193. | Sappington III, Samuel V. & Nancy L. (CA) | 237. | Wilson, Jonathan Earl (NC) |
| | | 238. | Wilson, Leslie G. (FL) |
| 194. | Scalera, Vincent (NY) | 239. | Wilson, Lynnessa (FL) |
| 195. | Schlesinger, Lawrence C. & Violet C. (CA) | 240. | Wood, Tara Lynn (MS) |
| | | 241. | Wynn, Christina (NY) |
| 196. | Schneider+Nelson Inc. (NJ) | 242. | Yancoskie, Anthony (PA) |
| 197. | Scivoletto, Frank (NJ) | 243. | Zarfaty, Myra (FL) |
| 198. | Sessoms (AKA Brower), Francene E. (DE) | 244. | Zettler, Norman R. & Joan M. (WI) |
| | | 245. | Ziegler, Ted & Susan (KY) |
| 199. | Shaheen, Phillip (GA) | 246. | Zientak Jr., Henry J. (NJ) |
| 200. | Shaw, Greg (AR) | 247. | Zimmerman, Jamie & Chris (NV) |
| 201. | Sherry, Louis & Suk H. (AZ) | | |
| 202. | Shulke, Peggy A. (IL) | | |
| 203. | Sing, Toi L. (IL) | | |
| 204. | Smith, Alfreda M. (OH) | | |
| 205. | Smith, Devidian (IL) | | |
| 206. | Smith, James & Roberta (OH) | | |
| 207. | Sosey, Marilyn (FL) | | |
| 208. | Stanley, James & Stella (VA) | | |
| 209. | Stansburry, Travis (CA) | | |
| 210. | Staveley, Donald D. (CA) | | |
| 211. | Stefancik, Andrew (NC) | | |
| 212. | Straub, David & Nicole (CA) | | |
| 213. | Stroman, Clara M. (NY) | | |
| 214. | Sturm, Diane (NE) | | |
| 215. | Sutton, Jeffrey (CA) | | |
| 216. | Syms, Mark Jerome (MI) | | |
| 217. | Tabuyo, Rick J (HI) | | |
| 218. | Tobin, Maya Rose (NC) | | |
| 219. | Todd, Stephen & Bonnie (PA) | | |
| 220. | Tripp, Noel P. (NY) | | |
| 221. | Troesch, John B. (IL) | | |
| 222. | Tumblety, Susan (NJ) | | |